UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LEVELLE, INC., | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 0004215-06 |
| SCOTTSDALE INSURANCE COMPANY, | : |
| Defendant. | : |

## NOTICE OF REMOVAL

Defendant, Scottsdale Insurance Company, by counsel, CARR MALONEY P.C., respectfully requests the removal of this action to the United States District Court for the District of Columbia. As grounds therefore, defendant states as follows:

1. The civil action has commenced, and is now pending in the Superior Court of the District of Columbia, captioned *Levelle, Inc. v. Scottsdale Insurance Company*, C.A. No.: 4215-06.

2. Plaintiff, through counsel, filed the litigation in the Superior Court of the District of Columbia on or about June 7, 2006. Service was obtained via certified mail on or about June 5, 2006. A true and accurate copy of the Complaint served upon defendant is attached as Exhibit A.

3. Section 1446 of Title 28 of the United States Code provides for the removal of certain state court actions to federal court within 30 days after the receipt by the defendant, through service or otherwise, a copy of the initial pleadings setting forth the claims and relief upon which such action is based. 28 U.S.C. §1446(b). Therefore, this Notice of Removal is timely filed within the period set forth in 28 U.S.C. §1446(b).

4. This Court has jurisdiction over these claims pursuant to 28 U.S.C. §1332. This action is between citizens of different states, and the amount in controversy exceeds $75,000.

5.    Plaintiff, Levelle, Inc., is incorporated in and is a citizen of the District of Columbia.

Defendant Scottsdale Insurance Company is incorporated in and is a citizen of Columbia, Ohio.

6.    Furthermore, Plaintiff is seeking declaratory relief. Specifically, plaintiff is seeking to require Scottsdale to defend against and indemnify plaintiff in a lawsuit brought against it by the Estate of Terrence Brown in the District of Columbia (Civil Action No.: 2005-CA-4499 B). The Estate of Terrence Brown is seeking more than $10,000,000 (Ten Million Dollars) in the underlying Complaint. The value of the object being litigated exceeds $75,000.

7.    Therefore, the parties are citizens of different states and the matter in controversy in this action exceeds $75,000.

8.    Please take notice that pursuant to 28 U.S.C. §1446, the Notice of Removal to the United States District Court for the District of Columbia, attached hereto is a copy of the respective pleadings.

9.    A true and accurate copy of this Notice of Removal has been filed with the Clerk of the Superior Court of the District of Columbia in accordance with U.S.C. §1446(b). A true and accurate copy of this Notice of Removal is also being sent to plaintiff, through its counsel, in accordance with 28 U.S.C. §1446(b). Pursuant to 28 U.S.C. §1446(a), attached to this Notice of Removal is a copy of all process, pleadings and orders served upon defendant in this action to date.

10.    Defendant has complied with all requirements for removal under Title 28 of the United States Code.

S:\070\06DC006\pldg\20060614-NOG-3 (federal notice of removal).doc

Defendant, Scottsdale Insurance Company, respectfully requests that the above-captioned action be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia as provided by 28 U.S.C. §1441 et seq.

Respectfully submitted,

CARR MALONEY P.C.

By: _____
William J. Carter, #329637
Mariana D. Bravo, #473809
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Removal* was transmitted electronically on this 28 day of June, 2006 to:

Andrea M. Bagwell, Esquire
Harmon, Wilmot & Brown, LLP
1010 Vermont Avenue, N.W.
Suite 810
Washington, D.C. 20005

_____
William J. Carter
Mariana D. Bravo

S:\070\06DC006\pldg\20060614-NOG-3 (federal notice of removal).doc