**FILED**

**JUN 3 0 2006**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
Civil Division

LEVELLE, INC., d/b/a COACH & IV      :
RESTAURANT, d/b/a Club U        :
2000 14th Street, N.W.           :
Washington, D.C. 20009        :

          Plaintiffs,       :

v.                     :  (

SCOTTSDALE INSURANCE COMPANY,  :

Serve: CT Corporation        :
1015 15th Street, N.W., 10th Floor, Suite 1000  :
Washington, D.C. 20005        :

                       :

          Defendants.      :

CASE NUMBER  1:06CV01203

JUDGE: Royce C. Lamberth

DECK TYPE: Contract

DATE STAMP: 06/30/2006

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE
## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for Scottsdale Insurance Company certify that

to the best of my knowledge and belief that there are no parent companies, subsidiaries or

affiliates of Scottsdale Insurance Company whose stock is publicly traded. Nationwide

Mutual Insurance Company is the parent company of Scottsdale Insurance Company and its

stock is not publicly traded. Scottsdale Insurance Company is not publicly traded, nor is its

subsidiary Western Heritage Insurance Company.

     These representations are made in order that Judges of the Court may determine the

need for recusal.

                            Respectfully submitted,

2

CARR MALONEY P.C.


By: _____

William J. Carter, #329637
Mariana D. Bravo, #473809
1615 L Street, N.W., Suite 500
Washington, D.C.  20036
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Certificate Required by LCvR

7.1 of the Local Rules of the United States District Court for the District of Columbia was

mailed, postage pre-paid, on this _30ᵀ_ day of ___J___ , 2006 to:

Andrea M. Bagwell, Esquire
Harmon, Wilmot & Brown, LLP
1010 Vermont Avenue, N.W.
Suite 810
Washington, D.C.  20005


William J. Carter
Mariana D. Bravo