UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVELLE, INC., d/b/a COACH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-431 (RCL) |
| ) | |
| SCOTTSDALE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Scottsdale Insurance Company has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiffs and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 3, 2006.