UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LEVELLE, INC. d/b/a COACH, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :   Case No.:1:06cv1203 |
| | : |
| SCOTTSDALE INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Mariana D. Bravo as co-counsel for Scottsdale Insurance Company.

                                        Respectfully submitted,

                                        CARR MALONEY P.C.

                      By:         /s/
                                Mariana D. Bravo, #473809
                                William J. Carter, #329637
                                1615 L Street, N.W.
                                Suite 500
                                Washington, D.C.  20036
                                (202) 310-5500 (telephone)
                                (202) 310-5555 (facsimile)

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was filed electronically on this 6th day of July, 2006 to:

>Andrea M. Bagwell, Esquire
>Harmon, Wilmot & Brown, LLP
>1010 Vermont Avenue, N.W.
>Suite 810
>Washington, D.C. 20005


>_____/s/_____
>Mariana D. Bravo