UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| LEVELLE, INC. d/b/a COACH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No.: 1:06cv1203 |
| | : | |
| SCOTTSDALE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

**<u>PRAECIPE WITH ATTACHED PROPOSED</u>**
**<u>SCHEDULING ORDER REGARDING RULE 16.3 MEET AND CONFER STATEMENT</u>**

Attached is the proposed Scheduling Order pursuant to the Rule 16.3 Meet and Confer Statement.

                                                                                Respectfully submitted,

                                                                                 CARR MALONEY P.C.

By:           /s/
      Mariana D. Bravo, #473809
      William J. Carter, # 329637
      1615 L Street, N.W.
      Suite 500
      Washington, D.C. 20036
      (202) 310-5500 (telephone)
      (202) 310-5555 (facsimile)

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that a copy of the foregoing Praecipe was mailed, postage pre-paid, on this 3rd day of August, 2006 to:

>Andrea M. Bagwell, Esquire
>Harmon, Wilmot & Brown, LLP
>1010 Vermont Avenue, N.W.
>Suite 810
>Washington, D.C. 20005

                                                                         /s/
                                           Mariana D. Bravo