UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LEVELLE, INC. d/b/a COACH, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Case No.: 1:06cv1203 |
| | : |
| SCOTTSDALE INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

**PROPOSED SCHEDULING ORDER**

Pursuant to the Rule 16.3 Meet and Confer held on July 27, 2006, between counsel for the parties, the Court sets the following schedule:

The parties will exchange Rule 26(a)(1) Disclosures by November 15, 2006.  Plaintiff will provide disclose its experts no later than March 15, 2007.  Defendants will disclose its experts no later than April 15, 2007.  The deadline to join parties and to amend pleadings will be April 15, 2007.  Discovery will close on May 15, 2007.  The parties will file dispositive motions by July 1, 2007, with responses due thirty (30) days thereafter, and replies due fifteen (15) days after the filing of responses.  A pretrial conference will be held on October ___, 2007 at _____.  The Court will set a trial date at the pretrial conference.

_____
Judge

cc:   Mariana D. Bravo, Esquire
      William J. Carter, Esquire
      Carr Maloney P.C.
      1615 L Street, N.W., Suite 500
      Washington, D.C. 20036

      Andrea M. Bagwell, Esquire
      Harmon, Wilmot & Brown, LLP
      1010 Vermont Avenue, N.W., Suite 810
      Washington, D.C.  20005

2006081-NOG-5 (proposed scheduling order)