UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVELLE, INC., d/b/a COACH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1203 (RCL) |
| ) | |
| SCOTTSDALE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to the Rule 16.3 Meet and Confer held on July 27, 2006, between counsel for the parties, the Court sets the following schedule:

The parties will exchange Rule 26(a)(1) Disclosures by November 15, 2006. Plaintiff will provide disclose its experts no later than March 15, 2007. Defendants will disclose its experts no later than April 15, 2007. The deadline to join parties and to amend pleadings will be April 15, 2007. Discovery will close on May 15, 2007. The parties will file dispositive motions by July 1, 2007, with responses due thirty (30) days thereafter, and replies due fifteen (15) days after the filing of responses.  A status conference will be held after disposition of any dispositive motions, at which dates for pretrial and trial will be set.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 17, 2006.