UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LEVELLE, INC. d/b/a COACH, et al., | : |
| Plaintiffs, | : |
| v. | : Case No.: 1:06cv1203 |
| SCOTTSDALE INSURANCE COMPANY, | : |
| Defendant. | : |

### SCOTTSDALE INSURANCE COMPANY'S RULE 26(A)(1) DISCLOSURES

Defendant, Scottsdale Insurance Company ("Scottsdale"), by counsel, CARR MALONEY P.C., and in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure submits the following initial disclosures:

A.   Identification of Individuals With Discoverable Information.

The following individuals may have discoverable information which defendant needs to support its claims and/or defenses:

1. Paul D. Gwynn, owner of Levelle, Inc.

2. Warren C. Williams, Sr., owner of Levelle, Inc.

3. Warren C. Williams, Jr., owner of Levelle, Inc.

4. Janet E. Johnson, Levelle, Inc.

5. Trevor Hewick, Levelle, Inc.

6. Jimmy Lee Parker, former Levelle, Inc. employee

7. Tyrone Pittman, former Levelle, Inc. employee

8. Paula Brewis, All Risks, Ltd.

9. Jeff Greene, Howard W. Phillips & Company

10. Cathi Bishop, Howard W. Phillips & Company.

11. Sue Martinez, Scottsdale Insurance Company.

12. Larry Zuiker, Scottsdale Insurance Company.

13. Any and all witnesses, employees and/or representatives of Levelle, Inc., Coach & IV Restaurant and Club U, not yet identified having information related to this claim.

14. Any and all witnesses, employees and/or representatives of All Risks Limited and Howard W. Phillips & Company not yet identified having information related to this claim.

15. Any and all witnesses, employees and/or representatives of Scottsdale Insurance Company not yet identified having information related to this claim.

16. Any witnesses to be designated who will testify concerning plaintiff's nature and extent of damages and liability.

17. Defendant reserves the right to call witnesses at trial for purposes of impeachment and/or rebuttal, but may not have been identified in this pleading.

18. Defendant reserves the right to identify additional witnesses as discovery proceeds, and specifically reserves the right to identify expert witnesses pursuant to the Court's Scheduling Order.

B. Documents in Support of Claims and Defendants or Otherwise Requested by Plaintiff's Counsel.

Documents in support of claims and defenses in this action are currently in the possession of this defendant include:

1. General Commercial Liability Policy No.: CPS0624508.

2. Insurance policies for Levelle, Inc. for the policy periods: 4/7/02-4/7/03; 4/7/03-4/7/04; 4/7/04-4/7/05.

3. Terence Brown claim information, not otherwise privileged.

    4.     Juanita Lawrence claim information, not otherwise privileged.

    5.     Any and all documents produced by plaintiff.

    6.     All documents obtained pursuant to subpoena from Howard W. Phillips & Company.

    7.     Any and all documents not yet identified in support of defendant's claim, not otherwise privileged.

C.    Computation of Damages.

Defendant states that it is not currently in possession of discoverable documents responsive to this designated area of the disclosure. Defendant reserves the right to identify discoverable documents as discovery continues.

D.    Documents Relating to the Insurance Agreement.

Documents relating to the insurance agreement that may be liable to satisfy part or all of the judgment which may be entered into litigation have been provided to plaintiff's attorney.

                               Respectfully submitted,

                               CARR MALONEY P.C.

By:         /S/         
     William J. Carter, #329637
     Mariana D. Bravo, #473809
     1615 L Street, N.W., Suite 500
     Washington, D.C. 20036
     (202) 310-5500 (Telephone)
     (202) 310-5555 (Facsimile)

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing *Scottsdale Insurance Company's Rule 26(A)(1) Disclosures* was mailed, postage pre-paid, on this 15TH day of November, 2006 to:

>Andrea M. Bagwell, Esquire
>Harmon, Wilmot & Brown, LLP
>1010 Vermont Avenue, N.W.
>Suite 810
>Washington, D.C.  20005

>_____/s/_____
>William J. Carter
>Mariana D. Bravo