UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LEVELLE, INC. d/b/a COACH & IV Restaurant, | : |
| Plaintiffs, | : |
| v. | : Case No.: 1:06cv1203 |
| SCOTTSDALE INSURANCE COMPANY, | : |
| Defendant. | : |

### CERTIFICATE REGARDING DISCOVERY

I hereby certify that on this 29th day November, 2006, I served on all parties hereto a copy of **Plaintiff Levelle, Inc.'s Supplemental Answers To Defendant Scottsdale Insurance Company's Interrogatories To Plaintiff and Plaintiff Levelle, Inc.'s Supplemental Responses To Defendant's First Set of Requests for Production of Documents To Plaintiff** and that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Sincerely,

HARMON, WILMOT & BROWN, LLP

_____
Andrea M. Bagwell, Esq., D.C. Bar #434943
David W. Wilmot, Esq., D.C. Bar #214833
1010 Vermont Avenue, N.W., Suite 810
Washington, D.C. 20005
(202) 783-9100
(202) 783-9103 (Fax)
*Attorney for Plaintiff*