UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LEVELLE, INC. d/b/a COACH & IV RESTAURANT : <br><br> Plaintiffs, : <br><br> v. : <br><br> SCOTTSDALE INSURANCE COMPANY, : <br><br> Defendant. : | Case No.: 1:06cv1203 |

## PLAINTIFF LEVELLE, INC.'S MOTION FOR AN EXTENSION OF TIME TO FILE DISCLOSURE OF EXPERT WITNESS

COMES NOW, Plaintiff Levelle, Inc., by and through counsel, Andrea M. Bagwell, Esquire, Harmon, Wilmot, Brown & Bagwell, LLP, and respectfully request that this Court grant Plaintiff a two weeks leave to file Plaintiff's Disclosure of Expert Witness. In support thereof the Response the Plaintiff submits the attached Memorandum.

Respectfully submitted,

**HARMON, WILMOT & BROWN, LLP**

/s/
_____
Andrea M. Bagwell, Esq., D.C. Bar #434943
David W. Wilmot, Esq., D.C. Bar #214833
1010 Vermont Avenue, N.W., Suite 810
Washington, D.C. 20005
(202) 783-9100
(202) 783-9103 (Fax)

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

LEVELLE, INC. d/b/a COACH & IV Restaurant,    :
                                              :
    Plaintiffs,                                :
                                              :
    v.                                        :   Case No.: 1:06cv1203
                                              :
SCOTTSDALE INSURANCE COMPANY,                 :
                                              :
    Defendant.                                :
                                              :
                                              :

### MEMORANDUM IN SUPPORT OF PLAINTIFF LEVELLE, INC.'S MOTION FOR AN EXTENSION OF TIME TO FILE DISCLOSURE OF EXPERT WITNESS

1. The Court's Scheduling Order entered on August 17, 2006 provides that Plaintiff's Expert Disclosure pursuant to Fed. R. Civ. 26(a)(2)(B) are do no later than March 15, 2007.

2. Plaintiff's Counsel, Andrea M. Bagwell, engaged a legal consultant and researcher on civil insurance matters on behalf of the firm. The legal consultant and research terminated her employment effective March 9, 2007 with said firm based on a severe medical condition. Counsel Andrea Bagwell had worked extensively and relied exclusively on the work of said legal consultant and researcher on this matter. This unplanned termination was caused a heavy work load and slight back log. However, Plaintiff's counsel, Andrea M. Bagwell, is prepared to have the respective documentation submitted to the Court within two weeks.

3. Additionally, other matters on counsel's calendar prevented the timely filing of

Disclosure of Expert Witness.

4. Counsel is seeking a two week leave to file the Disclosure of Plaintiff's Expert Witness.

5. Pursuant to Fed. R. Civ. 26(f), counsel for Levelle, Inc., conferred with Defendant's counsel earlier this afternoon with respect Plaintiff's Request for an Extension of Time to File Plaintiff's Disclosure of Expert Witness. Defendant, however, represented to Plaintiff that such an extension would have to be discussed with Defendant Scotsdale Insurance Company. As of the filing of said Motion for an Extension, the Plaintiff had not heard from Defendant's Counsel. However, today is the deadline and Plaintiff's counsel thought it wise to seek the court's permission before the deadline had expired.

Respectfully submitted,

**HARMON, WILMOT & BROWN, LLP**

/s/

---

Andrea M. Bagwell, Esq., D.C. Bar #434943
David W. Wilmot, Esq., D.C. Bar #214833
1010 Vermont Avenue, N.W., Suite 810
Washington, D.C. 20005
(202) 783-9100
(202) 783-9103 (Fax)

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Plaintiff Levelle, Inc.'s Motion of Extension of Time to File Disclosure of Expert Witness* was mailed, first class; postage prepaid on this 15th day of March, 2007, 2006 to:

> William J. Carter, Esquire
> Mariana D. Bravo, Esquire
> **Carr Maloney, P.C.**
> 1615 L Street, N.W., Suite 500
> Washington, D.C. 20036

_____
Andrea M. Bagwell

## CERTIFICATE OF COMPLIANCE

I hereby certify that a true and correct copy of the foregoing *Plaintiff Levelle, Inc.'s Motion of Extension of Time to File Disclosure of Expert Witness* was filed electronically filed with the Court.

_____
Andrea M. Bagwell

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LEVELLE, INC. d/b/a COACH & IV RESTAURANT : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> SCOTTSDALE INSURANCE COMPANY, : <br> : <br> Defendant. : <br> : | Case No.: 1:06cv1203 |

### ORDER

Upon consideration of Plaintiff's Motion for an Extension of Time to File Expert Disclosures, and Defendant's Opposition filed, it is this ____ day of _____, 2005, ORDERED that the motion is hereby GRANTED, and it is FURTHER ORDERED that the Plaintiff shall have until _____ to file its Expert Disclosures.

SO ORDERED

_____,
Judge Royce C. Lamberth