UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVELLE, INC., d/b/a COACH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1203 (RCL) |
| ) | |
| SCOTTSDALE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of plaintiff's Motion [12] for an Extension of Time of two weeks to File Expert Disclosures, and defendant's Opposition filed, it is hereby

ORDERED that the motion [12] is GRANTED; and it is further

ORDERED that the plaintiff shall have until Mach 29, 2007, to file its expert disclosures, *nunc pro tunc*.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 3, 2007.