UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LEVELLE, INC. d/b/a COACH, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Case No.: 1:06cv1203 (RCL) |
| | : |
| SCOTTSDALE INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

## MOTION TO MODIFY SCHEDULING ORDER

Defendant, Scottsdale Insurance Company ("Scottsdale"), by counsel CARR MALONEY P.C., submit the following Motion to Modify Scheduling Order and in support thereof, states as follows:

1. The current discovery deadline is May 15, 2007. The parties have worked to schedule and complete the remaining depositions by that deadline. Counsel for Scottsdale requested deposition dates for plaintiffs' representatives and employees prior to the close of discovery, but was unable to obtain agreed upon dates. Therefore, the witnesses to be deposed require Scottsdale to request a very limited extension of the discovery deadlines for the sole purpose of completing the depositions specified herein.

2. Scottsdale timely requested the depositions of Warren C. Williams, Paul D. Gwen, Warren C. Williams, Sr., and Janet E. Johnson. These depositions will likely be scheduled and confirmed for the first week of June.

3. Accordingly, Scottsdale requests a limited extension of the discovery deadline for the sole purpose of completing the depositions of Warren C. Williams, Paul D. Gwen, Warren C. Williams, Sr., and Janet E. Johnson.

4. Scottsdale requests that the deadline to complete these depositions be extended to June 18, 2007. No other deadlines will be changed.

5. In accordance Scottsdale sought to obtain consent from plaintiff's counsel before filing this Motion, but as of the filing, did not receive a response.

WHEREFORE, the parties move for a limited modification to the Scheduling Order as noted above, and for such other relief as the Court deems just and proper.

Respectfully submitted,

CARR MALONEY P.C.


   /s/ Mariana D. Bravo
William J. Carter, # 329637
Mariana D. Bravo, #473809
1615 L Street, N.W., Suite 500
Washington, D.C.  20036
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)

## RULE 12-I CERTIFICATE

Undersigned counsel sought to obtain consent from plaintiff's counsel before filing this Motion, but as of the filing, undersigned counsel has not received a response.


   /s/ Mariana D. Bravo
Mariana D. Bravo

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Motion to Modify Scheduling Order was filed electronically on this 18th day of May, 2007 to:

            Andrea M. Bagwell, Esquire
            Harmon, Wilmot & Brown, LLP
            1010 Vermont Avenue, N.W., Suite 810
            Washington, D.C.  20005

              /s/   Mariana   D.   Bravo
            Mariana D. Bravo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| LEVELLE, INC. d/b/a COACH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No.: 1:06cv1203 |
| | : | |
| SCOTTSDALE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

UPON CONSIDERATION of the Motion to Modify the Scheduling Order, and any opposition thereto, it is by this Honorable Court this ___ day of _____, 2007

ORDERED, that the Motion be, and the same hereby is GRANTED; and it is further

ORDERED, that the discovery deadline will be extended to June 18, 2007, and no other discovery deadline will change.

_____
Judge Royce C. Lamberth

Copies on next page

cc:  William J. Carter, Esquire
Mariana D. Bravo, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C.  20036

Andrea M. Bagwell, Esquire
Harmon, Wilmot & Brown, LLP
1010 Vermont Avenue, N.W.
Suite 810
Washington, D.C.  20005