UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVELLE, INC., d/b/a COACH, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SCOTTSDALE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No. 06-1203 (RCL) |

## ORDER

Upon consideration of the motion [15] to modify the Scheduling Order, and any opposition thereto, it is hereby

ORDERED that the motion [15] is GRANTED; and it is further

ORDERED that the discovery deadline will be extended to June 18, 2007, and no other discovery deadline will change.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 23, 2007.