# EXHIBIT A

(2)

# SCOTTSDALE INSURANCE COMPANY®

**ENDORSEMENT NO.** _____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE (STANDARD TIME) | | | INSURED | AGENCY AND CODE |
|---|---|---|---|---|---|
| | DATE | 12:01 | NOON | | |
| | | A.M. | | | All Risks, Ltd. |
| | | X | | | |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## TOTAL LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Exclusion c. in **SECTION I, COVERAGE A,** is deleted in its entirety and replaced with the following:

c.    "Bodily injury" or "property damage" for which any insured or his indemnitee may be held liable by reason of:

(1)   Causing or contributing to the intoxication of any person;

(2)   The furnishing of alcoholic beverages to a person under the legal drinking age;

(3)   The furnishing of alcoholic beverages to anyone under the influence of alcohol; or

(4)   Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

_____    /_____
AUTHORIZED REPRESENTATIVE                DATE

GLS-106s (5-93)

ARF1194

SCOTTSDALE INSURANCE COMPANY®

**ENDORSEMENT NO.** _____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
|  |  |  |  |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ASSAULT AND/OR BATTERY EXCLUSION

This insurance does not apply to "Injury," "Bodily Injury," "Property Damage" or "Personal and Advertising Injury" ("Personal Injury" or "Advertising Injury") arising from:

1. Assault and/or Battery committed by any insured, any employee of any insured, or any other person;

2. The failure to suppress or prevent Assault and/or Battery by any person in 1. above;

3. The negligent:

   a. Employment;

   b. Investigation;

   c. Supervision;

   d. Reporting to the proper authorities, or failure to so report; or

   e. Retention

   of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by paragraphs 1 or 2 above; or

4. The selling, serving or furnishing of alcoholic beverages.

_____/_____
AUTHORIZED REPRESENTATIVE                    DATE

GLS-227s (4-00)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

IL 00 03 06 89          Copyright, Insurance Services Office, Inc., 1983, 1988          ARF1398
Copyright, ISO Commercial Risk Services, Inc., 1983, 1988

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DISTRICT OF COLUMBIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraph 2. of the CANCELLATION Common Policy Condition is replaced by the following:

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation. At least 5 days before sending notice to the first Named Insured, we will notify the agent or broker, if any, who wrote the policy.

If this policy has been in effect for 30 days or less and is not a renewal of a policy we issued, we may cancel this policy for any reason.

If this policy has been in effect more than 30 days, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

1. You have refused or failed to pay a premium due under the terms of the policy;

2. You have made a material and willful misstatement or omission of fact to us or our employees, agents or brokers in connection with any application to or claim against us;

3. You have transferred your property or other interest to a person other than you or your beneficiary, unless the transfer is permitted under the terms of the policy; or

4. The property, interest or use of the property or interest has materially changed with respect to its insurability.

B. The following is added:

NONRENEWAL

We may elect not to renew this policy by mailing or delivering written notice of nonrenewal to the first Named Insured's last mailing address known to us. We will mail or deliver the notice at least 30 days before the expiration of the policy. At least 5 days before sending notice to the first Named Insured, we will notify the agent or broker, if any, who wrote the policy. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

IL 02 78 04 89        Copyright, Insurance Services Office, Inc., 1988, 1989
Copyright, ISO Commercial Risk Services, Inc., 1988, 1989

ARF1129

IL 09 35 04 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including microprocessors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, the Commercial Inland Marine Cvoverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss" under the Causes of Loss - Special Form; or

    **b.** In a Covered Cause of Loss under the Cause of Loss - Basic Form or the Causes of Loss - Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss" or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

Copyright, Insurance Services Office, Inc., 1997

ARF5283

# SCOTTSDALE INSURANCE COMPANY®

**ENDORSEMENT NO.** _____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
|  |  |  |  |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDATORY ENDORSEMENTS
### (Without Medical Payments Exclusion)

This endorsement lists several endorsements that modify your policy as follows:

IL 00 17 11 98

## COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

**A. Cancellation**

1.  The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2.  We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a.  10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b.  30 days before the effective date of cancellation if we cancel for any other reason.

3.  We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4.  Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5.  If this policy is canceled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6.  If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections and Surveys**

1.  We have the right to:

    a.  Make inspections and surveys at any time;

    b.  Give you reports on the conditions we find; and

    c.  Recommend changes.

2.  We are not obligated to make any inspections, surveys, reports or recommendations and any

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1998

such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe or healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

**F. Transfer of Your Rights and Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

GLS-58s (12-93)

## LEAD CONTAMINATION EXCLUSION

This endorsement excludes "occurrences" at or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured; or from the operations of the insured, which result in:

**a.** "Bodily injury" arising out of the ingestion, inhalation or absorption of lead in any form;

**b.** "Property Damage" arising from any form of lead;

**c.** "Personal Injury" arising from any form of lead;

**d.** "Advertising Injury" arising from any form of lead;

**e.** **Medical Payments** arising from any form of lead;

CG 21 47 07 98

## EMPLOYMENT—RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions of Section I—Coverage A—Bodily Injury and Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1998

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to Paragraph 2., **Exclusions of Section I—Coverage B—Personal and Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

---

GLS-74s (11-01)

## COMMERCIAL GENERAL LIABILITY CONDITIONS AMENDMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM
LIQUOR LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM**

The **CONDITION** entitled **When We Do Not Renew** is deleted in its entirety.

---

IL 00 21 07 02

## NUCLEAR ENERGY LIABILITY EXCLUSION (BROAD FORM)

This endorsement modifies insurance provided under the following:

**COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART**

1. The insurance does not apply:

A. Under any Liability Coverage, to "bodily injury" or "property damage":

(1) With respect to which an "insured" under the policy is also an insured under a nuclear

energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1998

insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material" if:

(1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material," "special nuclear material" or "by-product material."

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235; or

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1998

GLS-30s (6-98)

# CONTRACTORS SPECIAL CONDITIONS

The following has been added to the policy:

**CONTRACTORS SPECIAL CONDITIONS**

You will obtain certificates of insurance from all independent contractors providing evidence of:

1.  Limits of Insurance equal to or greater than the limits provided by this policy; and

2.  Coverage equal to or greater than the coverages provided by this policy.

Failure to comply with this condition does not alter the coverage provided by this policy. However, should you fail to comply, a premium charge will be made. The premium charge will be computed by multiplying the "total cost" of all work sublet that fails to meet the above condition, by the rate per $1000 payroll for the applicable classification of the work performed.

If the policy does not contain the applicable classification and rate, we will multiply our usual and customary rate per $1000 payroll for that classification, by the net modification factor, if any, applied to the policy rates.

"Total cost" means the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of the work and all fees, bonuses or commissions paid.

UTS-74g (8-95)

# PUNITIVE OR EXEMPLARY DAMAGE EXCLUSION

This policy does not apply to a claim of or indemnification for punitive or exemplary damages.

Punitive or exemplary damages also include any damages awarded pursuant to statute in the form of double, treble or other multiple damages in excess of compensatory damages.

If suit is brought against any insured for a claim falling within coverage provided under the policy, seeking both compensatory and punitive or exemplary damages, then the Company will afford a defense to such action. However, the Company will have no obligation to pay for any costs, interest or damages attributable to punitive or exemplary damages.

UTS-131g (3-92)

# ASBESTOS EXCLUSION

The coverage afforded by this policy does not apply to bodily injury, personal injury or property damage arising out of:

1.  Inhaling, ingesting or prolonged physical exposure to asbestos or goods or products containing asbestos; or

2.  The use of asbestos in construction or manufacturing any good, product or structure; or

3.  The removal of asbestos from any good, product or structure; or

4.  The manufacture, sale, transportation, storage or disposal of asbestos or goods or products containing asbestos.

The coverage afforded by the policy does not apply to payment for the investigation or defense of any loss, injury or damage or any cost, fine or penalty or for any expense of claim or suit related to any of the above.

The coverage afforded by the policy does not apply to payment for the investigation or defense of any loss, injury or damage or any cost, fine or penalty or for any expense of claim or suit related to any of the above.

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1998

CG 00 62 12 02

# WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Exclusion i. under Paragraph 2., **Exclusions** of **Section I—Coverage A. Bodily Injury And Property Damage Liability is replaced by the following:**

   2. **Exclusions**

      This insurance does not apply to:

      i. **War**

         "Bodily injury" or "property damage," however caused, arising, directly or indirectly, out of:

         (1) War, including undeclared or civil war; or

         (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

         (3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

B. The following exclusion is added to Paragraph 2., **Exclusions of Section I—Coverage B. Personal And Advertising Injury Liability:**

   2. **Exclusions**

      This insurance does not apply to:

      **WAR**

      "Personal and advertising injury," however caused, arising, directly or indirectly, out of:

      a. War, including undeclared or civil war; or

      b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

C. Exclusion h. under Paragraph 2., **Exclusions** of **Section I—Coverage C. Medical Payments** does not apply. Medical payments due to war are now subject to Exclusion g. of Paragraph 2., **Exclusions of Section I—Coverage C. Medical Payments** since "bodily injury" arising out of war is now excluded under Coverage A.

---

CG 21 67 04 02

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph 2., **Exclusions of Section I—Coverage A. Bodily Injury And Property Damage Liability:**

   2. **Exclusions**

      This insurance does not apply to:

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1998

**Fungi or Bacteria**

a.  "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

b.  Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

B.  The following exclusion is added to Paragraph **2., Exclusions of Section I—Coverage B. Personal And Advertising Injury Liability:**

2.  **Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

a.  "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

b.  Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

C.  The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

GLS-152s (12-96)

## AMENDMENT TO OTHER INSURANCE CONDITION

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

Condition **4. Other Insurance** of **SECTION IV— COMMERCIAL GENERAL LIABILITY CONDITIONS** is deleted in its entirety and is replaced by the following:

4.  **Other Insurance**

a.  **Primary Insurance**

This insurance is primary except when b. below applies.

b.  **Excess Insurance**

This insurance is excess over any other insurance, whether primary, excess, contingent or on any other basis:

(1)  That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(2)  That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(3)  If the loss arises out of the maintenance or use of aircraft, "auto" or watercraft to the extent not subject to Exclusion **g.** of Coverage A (Section I); or

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1998

**(4)** That is valid and collectible insurance avail-
able to you under any other policy.

When this insurance is excess, we will have no
duty under Coverages A or B to defend the in-
sured against any "suit" if any other insurer has
a duty to defend the insured against that "suit." If
no other insurer defends, we will undertake to do
so, but we will be entitled to the insured's rights
against all those other insurers.

When this insurance is excess over other insur-
ance, we will pay only the amount of the loss, if
any, that exceeds the sum of:

**(1)** The total amount that all such other insur-
ance would pay for the loss in the absence
of this insurance; and

**(2)** The total of all deductible and self-insured
amounts under all other insurance.

If a loss occurs involving two or more policies,
each of which states that its insurance will be
excess, then our policy will contribute on a pro
rata basis.

_____/_____

AUTHORIZED REPRESENTATIVE                              DATE

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1998



# SCOTTSDALE INSURANCE COMPANY®

**ENDORSEMENT NO.** _____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE (STANDARD TIME) DATE    12:01  NOON | INSURED | AGENCY AND CODE |
|---|---|---|---|
| | A.M. X | | All Risks, Ltd. |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - YEAR 2000 COMPUTER - RELATED AND OTHER ELECTRONIC PROBLEMS

The following **Exclusion** is added to the policy:

This insurance does not apply to any loss, claim, damages, cost, or expense arising directly or indirectly out of:

A. Any actual or alleged failure, malfunction or inadequacy of:

    (1) Any of the following, whether belonging to any insured or to others:

        (a) Computer hardware, including microprocessors;

        (b) Computer application software;

        (c) Computer operating systems and related software;

        (d) Computer networks;

        (e) Microprocessors (computer chips) not part of any computer system; or

        (f) Any other computerized or electronic equipment or components; or

    (2) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A. of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

B. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.

_____  /  _____
AUTHORIZED REPRESENTATIVE          DATE

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1997

UTS-271g (9/98)

ARF2630

SCOTTSDALE INSURANCE COMPANY®

**ENDORSEMENT NO.** _____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| | | | |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

**PROFESSIONAL LIABILITY INSURANCE COVERAGE PART**
**DIRECTORS AND OFFICERS LIABILITY INCLUDING ENTITY REIMBURSEMENT AND ENTITY LIABILITY COVERAGE PART**
**ERRORS AND OMISSIONS COVERAGE PART**
**BEAUTY PARLOR/BARBER SHOP PROFESSIONAL LIABILITY INSURANCE**

A. The following exclusion is added to the coverage parts as indicated below. For those coverage parts only, this exclusion supercedes and replaces any conflicting policy provisions:

1. The following applies to the **PROFESSIONAL LIABILITY INSURANCE COVERAGE PART:**

   **SECTION III—EXCLUSIONS**

   This insurance does not apply to:

   "Damages" due to any claim or loss based upon or arising out of any negligent act, error or omission in rendering or failing to render professional services which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage; or

   Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

2. The following applies to the **DIRECTORS AND OFFICERS LIABILITY INCLUDING ENTITY REIMBURSEMENT AND ENTITY LIABILITY COVERAGE PART:**

   **IV. EXCLUSIONS**

   This insurance does not apply to:

   **DAMAGES** due to any **CLAIM** or loss based upon or arising out of any **WRONGFUL ACT** which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage; or

   Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

3.  The following applies to the **ERRORS AND OMISSIONS COVERAGE PART:**

    2.  **Exclusions**

    This insurance does not apply to:

    "Damages" due to any "claim" or loss based upon or arising out of an "error or omission" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage; or

    Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

    This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

4.  The following applies to the **BEAUTY PARLOR/BARBER SHOP PROFESSIONAL LIABILITY INSURANCE:**

**VI. EXCLUSIONS**

This insurance does not apply to:

**DAMAGES** due to any claim or loss based upon or arising out of any negligent act, error or omission in rendering or failing to render professional services which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage; or

Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

B.  For the purposes of this endorsement, the following definition is added to the **DEFINITIONS** Section of each Coverage Part:

    "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

---

AUTHORIZED REPRESENTATIVE                    DATE

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

 SCOTTSDALE INSURANCE COMPANY®

**ENDORSEMENT NO. _____1**

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE (STANDARD TIME) DATE | A.M. 12:01 | NOON | INSURED | AGENCY AND CODE |
|---|---|---|---|---|---|
| CPS624508 | 04/07/04 | X | | COACH & IV RESTAURANT | All Risks, Ltd. 19001 |

IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF $692, IT IS HEREBY UNDERSTOOD AND AGREED THAT THE POLICY HAS BEEN CORRECTED TO ADD TERRORISM FORMS IL0959(11/02) AND CG2171(11/02)

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.



ALL RISKS, LTD. 04/16/04
AUTHORIZED REPRESENTATIVE          DATE

COMMERCIAL GENERAL LIABILITY
CG 21 71 11 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED TERRORISM EXCLUSION (OTHER THAN CERTIFIED ACTS OF TERRORISM); CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

Any injury or damage arising, directly or indirectly, out of an "other act of terrorism". However, this exclusion applies only when one or more of the following are attributed to such act:

1. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

2. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

    **a.** Physical injury that involves a substantial risk of death; or

    **b.** Protracted and obvious physical disfigurement; or

    **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

3. The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

4. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

5. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

1. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

    **a.** The act resulted in aggregate losses in excess of $5 million; and

    **b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

© ISO Properties, Inc., 2002       □

2. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002. However, "other act of terrorism" does not include an act which meets the criteria set forth in Paragraph b. of the definition of "certified act of terrorism" when such act resulted in aggregate losses of $5 million or less. Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. In the event of an "other act of terrorism" that is not subject to this exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

D. With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

© ISO Properties, Inc., 2002
CG 21 71 11 02    □



# SCOTTSDALE INSURANCE COMPANY®

## SCHEDULE OF FORMS AND ENDORSEMENTS



Policy No. _____ CPS624508 _____

Effective Date _____ 04/07/04 _____

Named Insured _____ COACH & IV RESTAURANT _____

12:01 A.M. Standard Time

Agent No. _____ 19001 _____

| | |
|---|---|
| UTS-COVPG(10/03) | SCOTTSDALE INSURANCE COMPANY COVERAGE PAGE |
| CPS-D-1(11/95) | COMMON POLICY DECLARATIONS |
| CCS-SD-1 (11/91) | COMMERCIAL CRIME - SUPPLEMENTAL DECLARATIONS |
| CFS-SD-1(11/91) | COMMERCIAL PROPERTY COVERAGE PART SUPPLEMENTAL DEC |
| CLS-SD-1 (2/92) | COMMERCIAL GENERAL LIABILITY SUPPLEMENTAL DEC |
| CG0001(10/01) | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CR0006(10/90) | PREMISES BURGLARY COVERAGE FORM |
| CG2144(11/85) | LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR P |
| GLS-133S(9/95) | KNOWN INJURY OR DAMAGE EXCLUSION |
| IL0415(10/91) | PROTECTIVE SAFEGUARDS |
| UTS-SP-2(12/95) | SCHEDULE OF FORMS AND ENDORSEMENTS |
| UTS-128S(2/02) | OPTIONAL PROVISIONS ENDORSEMENT |
| AR-81(4/88) | TOTAL LOSS ENDORSEMENT |
| CG2101(11/85) | EXCLUSION - ATHLETIC OR SPORTS PARTICIPANTS1 |
| CG2136(11/85) | EXCLUSION - NEW ENTITIES |
| CG2139(10/93) | CONTRACTUAL LIABILITY LIMITATION |
| CG2175(12/02) | EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND OTHER |
| CG2407(11/85) | PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED |
| CG3142(01/02) | WAR OR TERRORISM EXCLUSION |
| CP0010(04/02) | BUILDING AND PERSONAL PROPERTY COVERAGE |
| CP0030(04/02) | BUSINESS INCOME(AND EXTRA EXPENSE) COVERAGE FORM |
| CP0090(7/88) | COMMERCIAL PROPERTY CONDITIONS |
| CP0440(6/95) | SPOILAGE COVERAGE |
| CP1030(04/02) | CAUSE OF LOSS - SPECIAL FORM |
| CP1033(11/85) | THEFT EXCLUSION |
| CP1211(10/91) | BURGLARY AND ROBBERY PROTECTIVE SYSTEMS |
| GLS-106S(5/93) | TOTAL LIQUOR LIABILITY EXCLUSION |
| GLS-227S(4/00) | ASSAULT AND/OR BATTERY EXCLUSION |
| IL0003(6/89) | CALCULATION OF PREMIUM |
| IL0278(4/89) | DISTRICT OF COLUMBIA AMENDATORY ENDORSEMENT |
| IL0935(4/98) | EXCL- CERTAIN COMPUTER-RELATED LOSSES |
| UTS-246S(9/03) | AMENDATORY ENDORSEMENTS (WITHOUT MEDICAL PAYMENTS |
| UTS-271G(9/98) | EXCLUSION - YEAR 2000 COMPUTER-RELATED AND OTHER E |
| UTS-303G(11/02) | FUNGI OR BACTERIA EXCLUSION |

IL 09 59 11 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED EXCLUSION OF ACTS OF TERRORISM (OTHER THAN CERTIFIED ACTS OF TERRORISM); CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYMENT THEFT AND FORGERY POLICY
FARM COVERAGE PART
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION POLICY
STANDARD PROPERTY POLICY

**A.** The following definitions are added with respect to the provisions of this endorsement:

1. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

   **a.** The act resulted in aggregate losses in excess of $5 million; and

   **b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

2. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002. However, "other act of terrorism" does not include an act which meets the criteria set forth in Paragraph **b.** of the definitions of "certified act of terrorism", when such act resulted in aggregate losses of $5 million or less.

**B.** The following exclusion is added:

**Exclusion Of An "Other Act Of Terrorism"**

We will not pay for loss or damage caused directly or indirectly by an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to such act:

1. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

2. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

  © ISO Properties, Inc., 2002

3. The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident.

With respect to this item **B.3.**, the immediately preceding paragraph describes the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Part or Policy.

## C. Cap On Certified Terrorism Losses

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

## D. Application Of Other Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© ISO Properties, Inc., 2002
IL 09 59 11 02

HOWARD W. PHILLIPS & COMPANY

4/7/2004-4/7/2005

Commercial Insurance Policies For:

Levelle Inc T/A Coach & IV

*SUPPLEMENTAL RESPONSE*
*To REQUEST Nos. 7, 11, 15*



# HOWARD W. *P*HILLIPS & COMPANY

*General Insurance Since 1916*

2555 PENNSYLVANIA AVENUE, N.W., WASHINGTON, DC 20037-1675

*Telephone (202) 331-9200  FAX (202) 331-8452*

May 6, 2004

Levelle, Inc. T/A Coach & IV
Attn: Janet Johnson
2000 14th Street, NW
Washington, DC  20009

Re:    Insurance Renewals

Dear Janet. *Mr. Williams*

Enclosed please find the 04/07/04 to 04/07/05 renewal policies for your Liquor Liability
& Property/General Liability/Crime coverages. Be sure to read the policy forms and
endorsements carefully, to see that the policy meets your expectations and approval.

I received the bartenders training certificates. I have forwarded copies to the company.

Thank you for allowing Howard W. Phillips & Company to handle your insurance needs.
Please do not hesitate to let us know if you have any questions or concerns.

Sincerely,

*Cathi L Bishop*

Cathi L. Bishop
Account Executive
Extension 112

Enclosure



# Commercial

# Liability

# Policy

**United States Liability Insurance Group**

*A Berkshire Hathaway Company*

190 South Warner Road
Wayne, PA 19087-2191
1-800-523-5545 • www.usli.com

This policy jacket together with the declarations page,
coverage form and endorsements, if any, complete this policy.

The enclosed declarations designates the issuing company.

CLJ (3/96)

CL2232437B
Renewal of Number

**United States Liability Insurance Group**
**190 South Warner Road**
**Wayne, PA  19087**

COMMERCIAL
LIABILITY
POLICY

POLICY DECLARATIONS
**CL2232437C**

☐ United States Liability Insurance Company
☑ Mount Vernon Fire Insurance Company
☐ U.S. Underwriters Insurance Company

ORIGINAL

| | |
|---|---|
| Named Insured | **LEVELLE, INC.** |
| | **DBA COACH & IV RESTAURANT** |
| Address | **2000 14TH ST. N.W.** |
| | **SUITE 10** |
| | **WASHINGTON, DC 20009** |
| Policy Period | From 04/07/2004 To 04/07/2005 |
| Form Of Business | Corporation |
| Business Description | Adult Night Club or Bar/Catering/Banquet Hall |

12:01 AM STANDARD TIME AT YOUR
MAILING ADDRESS SHOWN ABOVE

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A LIMIT OF INSURANCE IS INDICATED.

| Coverage Part | Limits Of Insurance | Premium |
|---|---|---|
| **Commercial General Liability** | | $0.00 |
| Each Occurrence Limit | Not Covered | |
| Personal & Advertising Injury Limit (Any One Person/Organization) | Not Covered | |
| Medical Expense Limit (Any One Person) | Not Covered | |
| Damage To Premises Rented To You (Any One Premises) | Not Covered | |
| Products/Completed Operations Aggregate Limit | Not Covered | |
| General Aggregate Limit (Other Than Products/Completed Operations) | Not Covered | |
| **Liquor Liability** | | $7,126.00 |
| Each Common Cause Limit | $1,000,000 | |
| Aggregate Limit | $1,000,000 | |
| **Professional Liability** | | $0.00 |
| Each Claim/Medical Incident Limit | Not Covered | |
| Aggregate Limit | Not Covered | |
| **Other** | | $0.00 |

Total Advance Premium For This Policy (This Premium may be subject to adjustment.) | $7,126.00
Minimum & Deposit

Location Of All Premises You Own, Rent, Or Occupy: 1) 2000 14th St. N.W., Suite 10, Washington, DC  20009

PREMIUM COMPUTATION

| Location Territory | Classification | Code No. | Premium Basis | Rate Pr/Co | Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|---|
| 1 001 | Bars, Taverns, Restaurants and Bowling Alleys serving beer, wine and liquor by the glass with liquor receipts exceeding 50% of total food and liquor sales. | 00010 | R) 114758 | N/A | 6.210 | N/A | $7,126 MD |

Coverage Form(s)/Part(s) and Endorsement(s) made a part of this policy at time of issue: **See Endorsement EOD (01/95)**

Policy Premium        **$7,126.00**

Issued Date: 04/07/2004

By _Thomas P. Verney_
Authorized Representative

Agent        **ALL RISKS, LTD. (MD)**
Broker        **Howard W. Phillips & Co., Inc.**

CLD (4/2000)

## DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE

THE POLICY TO WHICH THIS NOTICE IS ATTACHED DOES NOT CONTAIN A TERRORISM EXCLUSION.

HOWEVER, COVERAGE FOR "INSURED LOSSES" AS DEFINED IN THE TERRORISM RISK INSURANCE ACT OF 2002 AS AMENDED ("THE ACT") IS SUBJECT TO THE COVERAGE TERMS, CONDITIONS, AMOUNTS AND LIMITS IN THIS POLICY APPLICABLE TO LOSSES ARISING FROM EVENTS OTHER THAN ACTS OF TERRORISM. AS A RESULT, BECAUSE OF THE TERMS AND CONDITIONS OF THIS TYPE OF COVERAGE, THIS POLICY DOES NOT AFFORD ANY TERRORISM COVERAGE.

"INSURED LOSSES" AS DEFINED IN THE ACT ARE PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS 90% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE.

NO PREMIUM HAS BEEN CHARGED FOR TERRORISM COVERAGE AND NO PREMIUM HAS BEEN CHARGED FOR THE PORTION OF "INSURED LOSSES" THAT WOULD BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

## EXTENSION OF DECLARATIONS

Policy Number: CL2232437C                                    Effective Date:04/07/2004

### FORMS AND ENDORSEMENTS

| Endt # | Revised | Description of Endorsements |
|--------|---------|------------------------------|
| 2110 | (11/99) | Service of Suit |
| CG0033 | (10/01) | Liquor Coverage Form |
| CG2806 | (01/96) | Limitation of Coverage to Insured Premises |
| CLJ | (03/96) | Commercial Liability Policy Jacket |
| DNOTIC | (12/02) | Disclosure Notice of Terrorism Coverage |
| IL0021 | (04/98) | Nuclear Energy Liability Exclusion End`t |
| L-202 | (11/92) | Assault and Battery Exclusion Endorsement |
| L-224 | (03/78) | Punitive Exclusion |
| L-294S | (10/97) | Key to Declarations Premium Schedule |
| L-345 | (12/93) | Amendment of Conditions |
| L-346 | (04/96) | Changes in Liquor Liability Coverage Form |
| L-348 | (04/96) | Gen. Amendment of Common Policy Conditions |
| L-509 | (06/01) | Absolute Pollution Exclusion |
| L-590 | (01/04) | Exclusion - New Entities |
| LLA | (11/03) | Liquor Liability Application |

### MODIFICATIONS TO ENDORSEMENTS

All other terms and conditions remain unchanged

EOD (1/95)

# UNITED STATES LIABILITY INSURANCE GROUP
## WAYNE, PA

## SERVICE OF SUIT

Pursuant to any statute of any state, territory or district of the United States which makes provisions therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the Statute, or his successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured(s) or any beneficiary hereunder arising out of this contract of insurance, and hereby designate the below named as the person to whom the said officer is authorized to mail process or a true copy thereof.

It is further agreed that service of process in such suit may be made upon the General Counsel of the Company, or his nominee, at 190 South Warner Road, Wayne, Pennsylvania 19087 and that in any suit instituted against any one of them upon this policy, the Company will abide by the final decision of such Court or any Appellate Court in the event of an appeal.

2110 (11/99)

COMMERCIAL GENERAL LIABILITY
CG 00 33 10 01

# LIQUOR LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – LIQUOR LIABILITY COVERAGE

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "injury" to which this insurance applies if liability for such "injury" is imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "injury" to which this insurance does not apply. We may, at our discretion, investigate any "injury" and settle any claim or "suit" that may result. But:

   (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

   (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to "injury" only if:

   (1) The "injury" occurs during the policy period in the "coverage territory"; and

   (2) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "injury" or claim, knew that the "injury" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "injury" occurred, then any continuation, change or resumption of such "injury" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Injury" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "injury" or claim, includes any continuation, change or resumption of that "injury" after the end of the policy period.

d. "Injury" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "injury" or claim:

   (1) Reports all, or any part, of the "injury" to us or any other insurer;

   (2) Receives a written or verbal demand or claim for damages because of the "injury"; or

   (3) Becomes aware by any other means that "injury" has occurred or has begun to occur.

### 2. Exclusions

This insurance does not apply to:

a. **Expected Or Intended Injury**

   "Injury" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Workers' Compensation And Similar Laws**

   Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

© ISO Properties, Inc., 2000

POLICY NUMBER:  CL2232437C

COMMERCIAL GENERAL LIABILITY
CG 28 06 01 96

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LIMITATION OF COVERAGE TO INSURED PREMISES

This endorsement modifies insurance provided under the following:

### LIQUOR LIABILITY COVERAGE PART

**SCHEDULE**

**Description and Location of "Insured Premises"**

  1)  2000 14th St. N.W., Suite 10, Washington, DC  20009

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A. This insurance only applies to damages arising out of your "insured premises".

B. The following definition is added to the DEFINITIONS Section:

  "Insured premises" means:

  1. The premises shown in the Schedule; and

  2. Any premises you acquire during the policy period for use in manufacturing, distributing, selling, serving or furnishing alcoholic beverages if:

    a. You notify us within 30 days after the acquisition, and

    b. You have no other valid and collectible insurance applicable to the loss.

Copyright, Insurance Services Office, Inc., 1984

INTERLINE
IL 00 21 04 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF
TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "Special nuclear material" or "by-product material".

         Copyright, Insurance Services Office, Inc., 1997           □

## UNITED STATES LIABILITY INSURANCE GROUP
### WAYNE, PA

### ASSAULT AND BATTERY EXCLUSION ENDORSEMENT

It is agreed that no coverage shall apply under this policy for any claim, demand or suit based on Assault and Battery, or out of any act or omission in connection with the prevention or suppression of such acts, whether caused by or at the instigation or direction of the insured, his employees, patrons or any other person.

It is further agreed that claims, accusations or charges of negligent hiring, placement, training or supervision arising from actual or alleged assault or battery are not covered and no duty to defend any insured from such claims, accusations and charges is provided.

All other terms and conditions remain unchanged.

L 202 (10/88) (Rev. 11/92)

## AMENDATORY ENDORSEMENT
## PUNITIVE OR EXEMPLARY DAMAGES EXCLUSION

Regardless of any other provision of this policy, this policy does not apply to punitive or exemplary damages.

If a suit is brought against the insured or persons insured hereunder and falls within the coverage provided by this policy, seeking both compensatory damages (damages for economic loss and pain and suffering) and punitive or exemplary damages (damages as a means of punishment), no coverage shall be provided by this policy for any costs, interest, costs of defense or damages attributable to punitive or exemplary damages.

All other terms and conditions remain unchanged.

## NOTICE TO POLICYHOLDERS
## IMPORTANT - PLEASE READ

In addition to other exclusions, this insurance policy contains a specific exclusion for punitive or exemplary damages (see above). These damages are awarded as a means of punishment and to deter future anti-social behavior. We have introduced this exclusion because coverage for punitive or exemplary damages resulting from such anti-social behavior would defeat the purpose of punishment and the resulting deterrent effect.

L-224 (Revised 3/78)

# KEY TO DECLARATIONS PREMIUM SCHEDULE

PREMIUM BASIS:

| Key Letter | Premium Base | How Rates Apply |
|---|---|---|
| a | Area | per 1,000 square feet |
| c | Total Cost | per $1,000 of total cost |
| g | Gross Receipts | per $1,000 of gross receipts |
| m | Admissions | per 1,000 admissions |
| p | Payroll | per $1,000 of payroll |
| r | Gross Liquor receipts | per $100 of gross liquor receipts |
| s | Gross Sales | per $1,000 of gross sales |
| t | (See note * below) | (See note * below) |
| u | Units | per unit |

* Premium base t is used for a number of rarely used premium bases.
The specific base and how rates apply are shown with the
Classification Description on the DECLARATIONS-PREMIUM SCHEDULE.

ABBREVIATIONS:

-- Pr/Co — means Products/Completed Operations

-- MP — means Minimum Premium

-- N/C — means Not Covered

-- O.T.N.F.P. - means Other Than Not For Profit

L-294 S (Rev. 10/97)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDMENT OF CONDITIONS

This endorsement modifies insurance provided under the following:

### LIQUOR LIABILITY COVERAGE PART

**SECTION IV - LIQUOR LIABILITY CONDITIONS** is amended as follows:

Paragraph 5. Premium Audit, subparagraph b. is deleted and replaced by the following:

   b.   Premium shown for this Coverage Part as Advance Premium is minimum
        premium and deposit premium. At the close of each audit period we will
        compute as the Audit Premium the earned premium for that period. If the
        audit is greater than the Advance Premium shown for this coverage part, an
        additional premium shall be due and payable upon notice to the First Named
        Insured. If that Audit Premium for that period is less than the Advance
        Premium shown for this coverage part, then the Advance Premium will apply.

L-345 (12/93)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CHANGES IN LIQUOR LIABILITY COVERAGE FORM

This endorsement modifies insurance provided under the following:

### LIQUOR LIABILITY COVERAGE PART

A. The following paragraph 11 is added to **DEFINITIONS (SECTION V)**:

    11.   Receipts, when used as a premium basis, means gross amount of money charged by the Named Insured or by others during the policy period for the sale of all alcoholic beverages, and of other beverages used in connection therewith, including taxes, except taxes which the Named Insured collects as a separate item, and remits directly to a governmental division, for which accurate records are maintained apart from other receipts.

L-346 (Rev. 4/96)

ENDORSEMENT

This endorsement, effective  12:01 A.M.                          forms a part of

policy No.                            issued to

by

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## AMENDMENT OF COMMON POLICY CONDITIONS

This endorsement modifies insurance provided under the following:

### LIQUOR LIABILITY COVERAGE PART

The following paragraph 7. is added to CANCELLATION (SECTION A) OF COMMON POLICY CONDITIONS:

7. In the event of cancellation by the Named Insured, the minimum earned premium shall not be less than twenty five percent (25%) of the Advance Premium for this policy subject to an absolute minimum of $150.  Cancellation for non-payment of premium after the effective date of this policy shall be deemed a request for cancellation by the Named Insured.

L-348 (Rev. 4/96) Gen.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ABSOLUTE POLLUTION EXCLUSION - LIABILITY

The following supercedes the terms and conditions of this policy. This insurance does not apply:

1. to "bodily injury", "property damage", or "personal and advertising injury";
2. to damages for devaluation of property or for the taking, use or acquisition or interference with the rights of others in property or air space;
3. to any loss, cost or expense, including but not limited to fines and penalties, arising out of any governmental direction or request, or any private party or citizen action, that an insured test for, monitor, clean up, remove, contain, treat, detoxify or neutralize "pollutants", or
4. to any litigation or administrative procedure in which an insured may be involved as a party;

arising directly, indirectly, or in concurrence or in any sequence out of actual, alleged or threatened existence, discharge, dispersal, release or escape of "pollutants", whether or not such actual, alleged or threatened existence, discharge, dispersal, release or escape is sudden, accidental or gradual in nature.

In addition, this insurance does not apply to any "bodily injury", "property damage", "personal and advertising injury", loss, cost or expense arising out of or related to any form of "pollutant", whether or not such actual, alleged or threatened existence, discharge, dispersal, release or escape is intentionally caused, or whether or not such injury, damage, devaluation, cost or expense is expected or intended from the standpoint of the insured.

This exclusion applies even if such "pollutant" has a function in, or is used by you in your business, operations, premises, site or location.

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including but not limited to smoke, vapor, soot, fumes, acids, alkalis, chemicals, toxic materials, "volatile organic compound" and gases therefrom, radon, combustion byproducts and "waste."

"Volatile organic compound" means any compound which discharges organic gases as it decomposes or evaporates, examples of which include but are not limited to formaldehyde, pesticides, adhesives, construction materials made with organic chemicals, solvents, paint varnish and cleaning products.

"Waste" means any property intended to be disposed, recycled, reused or reclaimed by the owner or user thereof.

All other terms and conditions remain unchanged.

08-MAR-2004 02:40PM    FROM-                    T-427  P.004/010  F-484

T-424  P.004/005  F-422

15-JAN-2004. 02:08PM    FROM-



# United States Liability Insurance Group
## Liquor Liability

### WARRANTY APPLICATION

☐ NEW  ☒ RENEWAL    If a renewal, provide the expiring policy number. _____

1. Name of Applicant (show all names including legal & dba's) Coach & IV Restaurant - Club U
   LeVelle, INC        dba Coach & IV Restaurant - Club U
   2000 14th St N.W. Washington, DC 20009
2. Mailing Address  2000 14th St N.W., Suite 10, Washington DC 20009
3. Location Address  2000 14th St N.W., Suite 10, Washington DC 20009
4. Website Address: _____
5. Name and title of person who keeps books: Steven KRONZEK, CPA
   Phone Number: (202) 833-4622    E-Mail Address: _____
6. The applicant is: ☐ Individual  ☐ Partnership  ☒ Corporation  ☐ Other (describe) _____
7. How long has current owner been in business at this location?  12 yrs *
   * If 5 years or less, describe experience: _____

8. TYPE OF BUSINESS (check all that apply):
   ☐ Bar/Tavern         ☐ Private Club          ☐ Country Club       ☒ Catering/Banquet Hall
   ☐ Bowling Alley      ☐ Billiard/Pool Hall    ☐ Restaurant         ☐ Fraternal Club
   ☐ Casino             ☐ Concessionaire        ☒ Adult Night Club or Bar   ☐ Retail/Take-out/Package Store
   ☐ Off-Premises Caterer  ☐ OTHER (describe) _____

### ESTIMATED RECEIPTS

|   |   | Past 12 Months | Next 12 Months |
|---|---|---|---|
| 9. a) | Gross Annual Receipts | $100,627 | $130,779 |
|   | FOOD | $85,600 | $114,758 |
|   | ALCOHOL |   |   |
|   | OTHER (Describe) |   |   |

b) If applicant engages in the sale of alcoholic beverages for on-premise & off-premise consumption, provide a breakdown:

|   | On Premise | Off Premise |
|---|---|---|
| FOOD |   |   |
| ALCOHOL |   |   |

c) If applicant has more than one operation in same location, provide breakdown of receipts by operation:

|   | Bar/Lounge | Restaurant | Banquet | Retail Sales | Other |
|---|---|---|---|---|---|
| FOOD | $ | $ | $ | $ | $ |
| ALCOHOL | $ | $ | $ | $ | $ |
| OTHER (Describe) | $ | $ | $ | ☐ Yes | ☒ No |

d) Does applicant sell or serve alcohol away from the premise (location shown in #8 above)?    ☐ Yes  ☒ No
   If off-premise coverage is desired, attach a completed off-premise supplemental application form LLA-OPS to this submission.

10. Does applicant have a valid liquor license?    ☒ Yes  ☐ No
    If yes, Name on the license  LeVelle, INC.    License #  20699
11. Has the applicant or any owner, officer or partner filed bankruptcy in the last 5 years?    ☐ Yes  ☒ No
12. Are employees permitted to consume alcohol during their hours of employment?    ☐ Yes  ☒ No
13. Is establishment located within 5 miles of a college or university?    ☒ Yes  ☐ No
14. What is the average age of patrons?  ☐ Under 21  ☒ 21-25  ☐ 26-30  ☐ 31+
15. Does applicant offer: ● Beer (12 oz. or more) for $1.00 or less    ☐ Yes  ☒ No
    ● Liquor or wine (any size) for $1.50 or less    ☐ Yes *  ☒ No
    ● Multiple drink incentives  (i.e.; 2 for 1's, every 3rd drink is free, etc.)    ☐ Yes *  ☒ No
    ● Drink specials before 4 p.m. or after 5 p.m.    ☐ Yes *  ☒ No
    ● Complimentary drinks or "all you can drink" specials    ☐ Yes *  ☒ No

    * If yes, describe type of drink(s), cost and time(s) offered: _____

16. If alcohol sales equal or exceed food receipts, are persons under the legal drinking age
    allowed on premises after 10 p.m.?    ☐ Yes  ☒ No *
    * If no, describe how this is enforced:  100% ID Check
17. Are bouncers or doorpersons employed?  (If yes, this risk must be rated in Category I)    ☒ Yes  ☐ No
18. Are guns permitted or kept on premises?    ☐ Yes  ☒ No
19. Does applicant permit "BYOB" (bring your own bottle) or setups?    ☐ Yes  ☒ No
    If yes, explain: _____

Page 1 of 2

LLA (11/05)

15-JAN-2004 02:0EPM FROM-                                    T-424  P.005/005  F-432

                  ☒ Yes   ☐ No

20. Does applicant feature any **ENTERTAINMENT**?
   If yes: ► How Often?  ☐ 0-12 times per year  ☒ 1-3 times per week
                         ☐ 13-51 times per year  ☐ 4+ times per week
   ► Entertainment is:
      ☒ DJ            ☐ Jukebox       ☐ Karaoke   ☐ Solo Vocalist
      ☒ Band          ☐ Comedy Club   ☐ Adult Entertainment/Exotic Dancing
      ☐ Stage/Floor Show or Contests (Describe):
   ► Describe type of music:
      ☒ Top 40's/Pop  ☒ Classic Rock  ☐ Soft Rock  ☐ Alternative  ☐ Country
      ☐ Jazz          ☐ R&B           ☐ Rap        ☐ Other
   ► Is dancing permitted?  ☐ Yes ☒ No
   ► Is there a dance floor?  ☐ Yes ☐ No
                            ☐ Yes ☒ No  If yes, what is the season? _____ to _____  ☐ Yes ☒ No

21. Is this a seasonal operation?                                                    ☐ Yes ☒ No

22. Are facilities available for banquets, receptions or private affairs?  Describe types: _____  ☒ Yes ☐ No
   If yes, how many functions are handled annually?

23. Are all alcohol-serving employees certified in a **Formal Alcohol Training Course**?   ☒ Yes ☐ No
   If yes, provide name of the course (i.e. TIPS, TAM, RAMP, BEST, etc.): TIPS/TAMS

24. Hours of operation:  Mon (Thurs) 25-12  Fri _____  Sat 10-2  Sun _____
   If open past 2 a.m., is a special license required to stay open late?              ☐ Yes ☒ No

25. Violations:  Within the past 5 years, has applicant been fined or cited for violations of law   ☐ Yes ☒ No
   or ordinance related to illegal activities or the sale of alcohol?
   If yes, provide date(s) and details of citation(s): _____

26. Claims:
   ► Within the past 5 years, has the applicant had any reported liquor liability claims or notification   ☐ Yes ☒ No
   of potential liquor liability claims?
   If yes, provide date(s), description of claim(s) and status:
   ► Within the past 5 years, has the applicant had any reported assault & battery claims or notification   ☒ Yes ☐ No
   of potential claims related to assault & battery?
   If yes, provide date(s), description of claim(s) and status:

27. Within the past 5 years, has applicant's liquor coverage been cancelled or nonrenewed?   ☐ Yes ☒ No
   If yes, explain: _____

28. Previous Liquor Carrier: Mt Vernon   Limits 1,000,000   Premium 3526.08
                                          Aggregate Limit

29. Limits Desired:   Each Common Cause Limit _____                          ☐ Yes ☒ No

30. Is an **ADDITIONAL INSURED** needed?
   If yes, Name is: _____
   Address is: _____
   Describe Insurable Interest: _____

**FRAUD STATEMENT:** Any person who knowingly and with the intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty.

**WARRANTIES:** I/we warrant that the information contained herein is true and that it shall be the basis of the policy of insurance and deemed incorporated therein, should the company evidence its acceptance of this application by issuance of a policy. I/we agree that such policy shall be null and void if such information is false or misleading in any way as this would materially affect acceptance of a risk by the Company. I/we hereby authorize release of claim information from any business or their general agent. I/we warrant that premises liability coverage will be maintained at limits at least equal to the liquor liability limits during the entire term of the liquor policy. I/we agree to submit records for audit by the company upon termination or expiration of this policy for the determination of actual gross receipts during the period of coverage, if requested.

Signature of Applicant: Warren Williams   Title: Proprietor   Date: 2/24/04
   (Must be the Owner, Officer or Partner)   (Required)   (Required)

*SIGNING THIS APPLICATION DOES NOT REQUIRE THE INSURER TO ISSUE A POLICY OF INSURANCE OR REQUIRE THE APPLICANT TO ACCEPT THE INSURANCE OFFERED*

The State of New York requires that we have the name and address of your General(s) Authorized agent or broker.

Name of Authorized Agent or Broker: _____

Address: _____

Mail completed
Application through
local agent or broker to:

hand-written right margin: No Cert info on em u

# UNITED STATES LIABILITY INSURANCE GROUP
## WAYNE, PENNSYLVANIA

This Endorsement modifies insurance provided under the following:

### LIQUOR LIABILITY COVERAGE PART

## EXCLUSION – NEW ENTITIES

Paragraph **3.** of WHO IS AN INSURED (Section **II**) does not apply.

All other terms and conditions of this Policy remain unchanged. This endorsement is a part of your Policy and takes effect on the effective date of your Policy unless another effective date is shown.

# Common Policy Conditions

his policy is subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:
1. Make inspections and surveys at any time;
2. Give you reports on the conditions we find; and
3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
1. Are safe or healthful; or
2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

The first Named Insured shown in the Declarations:
1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

In Witness Whereof, the company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the company.

_Treasurer_                    _President_