# EXHIBIT B

SCOTTSDALE INSURANCE COMPANY®

ENDORSEMENT NO. _____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
|  |  |  |  |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ASSAULT AND/OR BATTERY EXCLUSION

This insurance does not apply to "Injury," "Bodily Injury," "Property Damage" or "Personal and Advertising Injury" ("Personal Injury" or "Advertising Injury") arising from:

1. Assault and/or Battery committed by any insured, any employee of any insured, or any other person;

2. The failure to suppress or prevent Assault and/or Battery by any person in 1. above;

3. The negligent:

   a. Employment;

   b. Investigation;

   c. Supervision;

   d. Reporting to the proper authorities, or failure to so report; or

   e. Retention

   of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by paragraphs 1 or 2 above; or

4. The selling, serving or furnishing of alcoholic beverages.

_____/_____
AUTHORIZED REPRESENTATIVE        DATE

GLS-227s (4-00)