# EXHIBIT C

Case 1:06-cv-01203-RCL   Document 17-6   Filed 06/29/2007   Page 1 of 2

exhibits



## SCOTTSDALE INSURANCE COMPANY®
### SCHEDULE OF FORMS AND ENDORSEMENTS

Policy No. CPS624508  
Effective Date 04/07/04  
12:01 A.M. Standard Time  
Named Insured COACH & IV RESTAURANT  
Agent No. 19001

| Form | Description |
|---|---|
| UTS-COVPG(10/03) | SCOTTSDALE INSURANCE COMPANY COVERAGE PAGE |
| CPS-D-1(11/95) | COMMON POLICY DECLARATIONS |
| CCS-SD-1(11/91) | COMMERCIAL CRIME - SUPPLEMENTAL DECLARATIONS |
| CFS-SD-1(11/91) | COMMERCIAL PROPERTY COVERAGE PART SUPPLEMENTAL DEC |
| CLS-SD-1(2/92) | COMMERCIAL GENERAL LIABILITY SUPPLEMENTAL DEC |
| CG0001(10/01) | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CR0006(10/90) | PREMISES BURGLARY COVERAGE FORM |
| CG2144(11/85) | LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR P |
| GLS-133S(9/95) | KNOWN INJURY OR DAMAGE EXCLUSION |
| IL0415(10/91) | PROTECTIVE SAFEGUARDS |
| UTS-SP-2(12/95) | SCHEDULE OF FORMS AND ENDORSEMENTS |
| UTS-128S(2/02) | OPTIONAL PROVISIONS ENDORSEMENT |
| AR-81(4/88) | TOTAL LOSS ENDORSEMENT |
| CG2101(11/85) | EXCLUSION - ATHLETIC OR SPORTS PARTICIPANTS |
| CG2136(11/85) | EXCLUSION - NEW ENTITIES |
| CG2139(10/93) | CONTRACTUAL LIABILITY LIMITATION |
| CG2175(12/02) | EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND OTHER |
| CG2407(11/85) | PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED |
| CG3142(01/02) | WAR OR TERRORISM EXCLUSION |
| CP0010(04/02) | BUILDING AND PERSONAL PROPERTY COVERAGE |
| CP0030(04/02) | BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM |
| CP0090(7/88) | COMMERCIAL PROPERTY CONDITIONS |
| CP0440(6/95) | SPOILAGE COVERAGE |
| CP1030(04/02) | CAUSE OF LOSS - SPECIAL FORM |
| CP1033(11/85) | THEFT EXCLUSION |
| CP1211(10/91) | BURGLARY AND ROBBERY PROTECTIVE SYSTEMS |
| GLS-106S(5/93) | TOTAL LIQUOR LIABILITY EXCLUSION |
| GLS-227S(4/00) | ASSAULT AND/OR BATTERY EXCLUSION |
| IL0003(6/89) | CALCULATION OF PREMIUM |
| IL0278(4/89) | DISTRICT OF COLUMBIA AMENDATORY ENDORSEMENT |
| IL0935(4/98) | EXCL - CERTAIN COMPUTER-RELATED LOSSES |
| UTS-246S(9/03) | AMENDATORY ENDORSEMENTS (WITHOUT MEDICAL PAYMENTS |
| UTS-271G(9/98) | EXCLUSION - YEAR 2000 COMPUTER-RELATED AND OTHER E |
| UTS-303G(11/02) | FUNGI OR BACTERIA EXCLUSION |

UTS-SP-2 (12-95)                UTS-