## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | | |
|---|---|---|
| LEVELLE, INC. d/b/a COACH & IV Restaurant | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No.: 1:06cv1203 |
| | : | |
| SCOTTSDALE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| ———————————————————— | : | |

## UNOPPOSED MOTION OF LEVELLE, INC. TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FOR 30 DAYS

Defendant, Levelle, Inc., ("Levelle"), by counsel HARMON, WILMOT & BROWN LLP, submit the following Unopposed Motion of Levelle, Inc. to Extend Time for Plaintiff's Response to Motion for Summary Judgment for Thirty (30) days and in support thereof, state as follows:

1. The current scheduling order provided for a thirty day period to respond to dispositive motions.

2. Defendant's Motion for Summary Judgment was served on Plaintiff's Counsel on June 29, 2007.

3. Plaintiff's counsel began the research and drafting of said response and was prevented from a completing her response due to personal challenges that required counsel full time and attention. On or about June 20, 2007 counsel was advised by her landlord that her tenancy would be vacated effective August 1, 2007. While counsel has conducted an intensive search for affordable housing, the inability to locate

comparable housing has been exacerbated by the fact that the housing market in the

metropolitan is in a state of flux. Accordingly, plaintiff's counsel has spent a considerable

amount of time seeking housing for herself and her family and coordinating the move

once the property was located. However, at least three weeks were consumed with a

diligent search for housing and therefore the response to the Motion for Summary

Judgment was brought to a halt

4.     The undersigned counsel contacted Mariana D. Bravo, Esquire, Carr

Maloney P.C., counsel for Defendant Scottsdale Insurance Company, and requested her

consent to this motion on July 26, 2007.   She authorized the undersigned counsel to

represent to this Court that the Defendant does not oppose the granting of this motion.

5.     Levelle, Inc., moves this Court to extend the 30 day Response time to 60

days. Counsel for plaintiff will be fully engaged in the practice of law and will have such

response timely filed with the Court.   There is no harm or prejudice to the granting of

said Motion.

This motion should be granted in the interest of justice.

Respectfully submitted,

HARMON, WILMOT & BROWN, LLP

_____/s/_____,

Andrea M. Bagwell, Esquire
D.C. Bar #434943
1010 Vermont Avenue, N.W., Suite 810
Washington, D.C. 20005
(202) 783-9100   (202) 783-9103 Fax
*Attorney for Plaintiff Levelle, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed, first-class postage prepaid, this 27th day of July 2007 to:

> Scottsdale Insurance Company
> c/o William J. Carter, Esquire
> Mariana D. Bravo, Esquire
> **Carr Maloney, P.C.**
> 1615 L Street, N.W., Suite 500
> Washington, D.C.  20036
> *Counsel for Defendant*


> _____/s_____,
> ANDREA M. BAGWELL
> *Attorney for Petitioner Levelle, Inc.*