UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

LEVELLE, INC. d/b/a COACH & IV Restaurant :
:
Plaintiffs, :
:
v. : Case No.: 1:06cv1203
:
SCOTTSDALE INSURANCE COMPANY, :
:
Defendant. :
:
:

## ORDER

UPON CONSIDERATION of Plaintiff's Unopposed Motion to Extend Time to Respond to Defendant's Motion for Summary Judgment, to which no opposition has been filed, it is by this Honorable Court this ____ day of _____, 2007

ORDERED, that the Motion be, and the same hereby is GRANTED; and it is further

ORDERED, that the discovery deadline will be extended to _____, 2007, and no other extension will be granted.

**ORDERED**, that Plaintiff's motion is GRANTED and the 30 day Response to Motion for Summary Judgment is extended to 60 days and are therefore due on August ___, 2007.

_____
Judge Royce C. Lamberth

Copies to on next page

David W. Wilmot, Esquire
Andrea M. Bagwell, Esquire
Harmon, Wilmot & Brown, LLP
1010 Vermont Avenue, N.W., Suite 810
Washington, D.C. 20005

William J. Carter, Esquire
Mariana D. Bravo, Esquire
**Carr Maloney, P.C.**
1615 L Street, N.W., Suite 500
Washington, D.C. 20036