UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEVELLE, INC., d/b/a COACH, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-1203 (RCL) |
| SCOTTSDALE INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of plaintiff's unopposed motion [19] to extend time to respond to defendant's motion for summary judgment, to which no opposition has been filed, it is hereby

ORDERED that the motion [19] is GRANTED; and it is further

ORDERED that the 30-day response period to the motion for summary judgment is extended to 60 days, and that responses thereto are therefore due on August 29, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 6, 2007.