**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| **LEVELLE, INC. d/b/a COACH & IV RESTAURANT,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Case No.: 1:06cv1203** |
| | : | |
| **SCOTTSDALE INSURANCE COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| _____ | : | |

## ORDER

UPON CONSIDERATION of Levelle, Inc., Response to Defendant Scottsdale's Motion for Summary Judgment, and any opposition thereto, it is hereby

ORDERED, the Plaintiff's Motion be Granted.

Entered this ____ day of _____, 2007.

_____,
Judge Royce C. Lamberth

cc: Andrea M. Bagwell, Esquire
    Harmon, Wilmot, Brown & Bagwell, LLP
    1010 Vermont Avenue, N.W., Suite 810
    Washington, D.C. 20005

    William J. Carter, Esq.
    Mariana D. Bravo, Esquire
    Carr Maloney P.C.
    1615 L Street, N.W., Suite 500
    Washington, D.C. 20005

ORDER LEVELLE'S RESPONSE TO SCOTSDALE INSURANCE COMPANY MOTION FOR SUMMARY JUDGMENT