4/7/2005-4/7/2006

Commercial Insurance Policies For:

Levelle Inc T/A Coach & IV Restaurant

EXHIBIT
6-15-07
Johnson 9

Response to Request Nos. 1,
3, 4, 5, 7, 13, 15



HOWARD W. PHILLIPS & CO.

*Insurance Since 1916*

**JEFF GREENE**
ACCOUNT MANAGER

2555 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20037-1675

(202) 331-9200 (x140)
FAX (202) 331-8452
jgreene@hwphillips.com



HOWARD W. PHILLIPS & CO.

*Insurance Since 1916*

**CATHI L. BISHOP, CIC**
ACCOUNT EXECUTIVE

2555 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20037-1675

(202) 331-9200 x112
FAX (202) 331-8452
cbishop@hwphillips.com

# HOWARD W. PHILLIPS & COMPANY

*General Insurance Since 1916*

2555 PENNSYLVANIA AVENUE, N.W., WASHINGTON, DC 20037-1675

Telephone (202) 331-9200   FAX (202) 331-8452

May 17, 2005

Levelle, Inc. T/A Coach & IV
Attn: Janet Johnson
2000 14th Street, NW
Washington, DC  20009

Re:    Renewal Insurance Policies

Dear Ms. Johnson:

Enclosed please find the 04/07/05 to 04/07/06 renewal policies for your Liquor Liability & Property/General Liability/Crime coverages, which have been placed with Mount Vernon Fire Insurance Co and Scottsdale Insurance Co.

Jeff Greene and I would like to schedule a time to come to your office to meet and discuss your coverages. Please call Jeff at 202-331-9200 ext #140 to set up a time convenient with you. I look forward to meeting you.

Thank you for allowing Howard W. Phillips & Company to handle your insurance needs. Please do not hesitate to let us know if you have any questions or concerns.

Sincerely,

*Cathi L. Bishop*

Cathi L. Bishop, CIC
Account Executive
Extension 112

Enclosure



**ACORD®**

# COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

| OP ID CB | DATE (MM/DD/YYYY) |
|---|---|
| | 04/07/2005 |

| AGENCY | CARRIER | NAIC CODE: | UNDERWRITER | UNDERWRITER OFF. |
|---|---|---|---|---|

AGENCY: Howard W. Phillips & Co., Inc.
2555 Pennsylvania Ave. NW
Washington DC 20037-1675
Cathi L. Bishop

CARRIER: Scottsdale Insurance Company

POLICIES OR PROGRAM REQUESTED

POLICY NUMBER: CPS624508

**PHONE** (A/C, No, Ext): 202-331-9200
**FAX** (A/C, No): 202-331-8452
**E-MAIL ADDRESS:**

**INDICATE SECTIONS ATTACHED**

| | | | | | |
|---|---|---|---|---|---|
| X | PROPERTY | | EQUIPMENT FLOATER | | GARAGE AND DEALERS |
| | GLASS AND SIGN | | INSTALLATION/BUILDERS RISK | | VEHICLE SCHEDULE |
| | ACCOUNTS RECEIVABLE/ VALUABLE PAPERS | | ELECTRONIC DATA PROC | | BOILER & MACHINERY |
| X | CRIME/MISCELLANEOUS CRIME | X | COMMERCIAL GENERAL LIABILITY | | WORKERS COMPENSATION |
| | TRANSPORTATION/ MOTOR TRUCK CARGO | | BUSINESS AUTO | | UMBRELLA |
| | | | TRUCKERS/MOTOR CARRIER | | |

CODE: ___ SUB CODE: ___
AGENCY CUSTOMER ID: LEVEL-1

## STATUS OF TRANSACTION

| | | | |
|---|---|---|---|
| X | QUOTE | | ISSUE POLICY | | RENEW |
| | BOUND (Give Date and/or Attach Copy): | | |
| | CHANGE | DATE | TIME ___ AM/PM |
| | CANCEL | | |

## PACKAGE POLICY INFORMATION

ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES.

| PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 04/07/05 | 04/07/06 | DIRECT BILL | | |
| | | AGENCY BILL | | |

## APPLICANT INFORMATION

NAME (First Named Insured & Other Named Insureds): Lavelle, Inc. T/A Coach & IV

FEIN OR SOC SEC # (of First Named Insured): 52-1765107
PHONE (A/C, No, Ext): 202-986-1255

MAILING ADDRESS INCL ZIP+4 (of First Named Insured):
Ms. Janet Johnson Warren Williams
2000 14th Street, NW   Coach & IV
Washington DC 20009

**E-MAIL ADDRESS(ES):**

| | | | | | | |
|---|---|---|---|---|---|---|
| | INDIVIDUAL | X | CORPORATION | | SUBCHAPTER "S" CORPORATION | | LLC |
| | PARTNERSHIP | | JOINT VENTURE | | NOT FOR PROFIT ORG | | NO. OF MEMBERS AND MANAGERS |

CR BUREAU NAME: ___ ID NUMBER: ___
WEBSITE ADDRESS(ES): ___
DATE BUS STARTED: ___

INSPECTION CONTACT: Warren Williams
PHONE (A/C, No, Ext): 202-328-8859
E-MAIL ADDRESS: ___

ACCOUNTING RECORDS CONTACT: Janet Johnson
PHONE (A/C, No, Ext): 202-328-8859
E-MAIL ADDRESS: ___

## PREMISES INFORMATION

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | PART OCCUPIED |
|---|---|---|---|---|---|---|---|---|
| 001 | 001 | 2000 14th Street, NW Washington DC 20009 District of Columbi | X INSIDE / OUTSIDE | X OWNER / TENANT | | | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | | | |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

| 001 | 001 | Two operations: Coach & IV Cafeteria: Restaurant during mainly for employees from within bldg. Nightclub operates Thursday, Friday and Satur |
|---|---|---|

## GENERAL INFORMATION

**EXPLAIN ALL "YES" RESPONSES**

| | YES | NO |
|---|---|---|
| 1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY? | | X |
| 1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | | X |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | | X |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVE CHEMICALS? | | X |
| 4. ANY CATASTROPHE EXPOSURE? | | X |
| 5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | | X |
| 6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? (Not applicable in MO) | X | |

**EXPLAIN ALL "YES" RESPONSES**

| | YES | NO |
|---|---|---|
| 7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | | X |
| 8. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? (In RI, this question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment). | | X |
| 9. ANY UNCORRECTED FIRE CODE VIOLATIONS? | | X |
| 10. ANY BANKRUPTCY, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? | | X |
| 11. HAS BUSINESS BEEN PLACED IN A TRUST? IF YES, NAME OF TRUST: | | X |

**REMARKS/PROCESSING INSTRUCTIONS (Attach additional sheets if more space is required)**
5. Liquor Liability including Assault & Battery.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO  COMMITS A FRAUDULENT INSURANCE ACT WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR, or VT; In DC, LA, ME, TN and VA, insurance benefits may also be denied).

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND CERTIFIES THAT REASONABLE ENQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE CERTIFIES THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

| APPLICANT'S SIGNATURE | DATE | PRODUCER'S SIGNATURE | NATIONAL PRODUCER NUMBER |
|---|---|---|---|
| Warren C. Williams Sr | 4-7-05 | Cathi L. Bishop | |

ACORD 125 (2004/03)          PLEASE COMPLETE REVERSE SIDE          © ACORD CORPORATION 1993

**PRIOR CARRIER INFORMATION**

LEVEL-1

| LINE | CATEGORY | 2000-2004 | 2004-2005 | | | | | | | | |
|------|----------|-----------|-----------|--|--|--|--|--|--|--|--|
| GENERAL LIABILITY COMMERCIAL | CARRIER | Lloyds | Scottsdale | | | | | | | | |
| | POLICY NUMBER | 211-1/DJN875 | CPS624508 | | | | | | | | |
| | POLICY TYPE | CLAIMS MADE · X OCCURRENCE | CLAIMS MADE · X OCCURRENCE | CLAIMS MADE · OCCURRENCE | | CLAIMS MADE · OCCURRENCE | | CLAIMS MADE · OCCURRENCE | | CLAIMS MADE · OCCURRENCE | |
| | RETRO DATE | | | | | | | | | | |
| | EFF-EXP DATE | 04/07/00   04/07/04 | 04/07/04   04/07/05 | | | | | | | | |
| | GENERAL AGGREGATE | 2,000,000 | 2,000,000 | | | | | | | | |
| | PRODUCTS COMP OP AGGREGATE | 1,000,000 | 1,000,000 | | | | | | | | |
| | PERSONAL & ADV INJ | 1,000,000 | 1,000,000 | | | | | | | | |
| | EACH OCCURRENCE | 1,000,000 | 1,000,000 | | | | | | | | |
| | FIRE DAMAGE | 50,000 | 50,000 | | | | | | | | |
| | MEDICAL EXPENSE | 1,000 | 1,000 | | | | | | | | |
| | BODILY INJURY OCCURRENCE | | | | | | | | | | |
| | AGGREGATE | | | | | | | | | | |
| | PROPERTY DAMAGE OCCURRENCE | | | | | | | | | | |
| | AGGREGATE | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | 5052 | 2961 | | | | | | | | |
| AUTOMOBILE LIABILITY | CARRIER | N/A | N/A | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | |
| | BODILY INJURY EA PERSON | | | | | | | | | | |
| | EA ACCIDENT | | | | | | | | | | |
| | PROPERTY DAMAGE | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | |
| PROPERTY | CARRIER | Lloyds | Scottsdale | | | | | | | | |
| | POLICY NUMBER | | CPS624508 | | | | | | | | |
| | POLICY TYPE | PACKAGE | | | | | | | | | |
| | EFF-EXP DATE | 04/07/00   04/07/04 | 04/07/04   04/07/05 | | | | | | | | |
| | BUILDING AMT | | | | | | | | | | |
| | PERS PROP AMT | | X  214,000 | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | | 3042 | | | | | | | | |
| | CARRIER | Mt. Vernon | Scottsdale | | | | | | | | |
| | POLICY NUMBER | CL2012743 | CPS624508 | | | | | | | | |
| | POLICY TYPE | LIQUOR | CRIME | | | | | | | | |
| | EFF-EXP DATE | 04/07/00   04/07/04 | 04/07/04   04/07/05 | | | | | | | | |
| | LIMIT | 1,000,000 | 5,000 | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | 1797 | 500 | | | | | | | | |

**LOSS HISTORY**

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS (3 YEARS IN KS & NY)

X CHK HERE IF NONE     SEE ATTACHED LOSS SUMMARY

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS |
|---|---|---|---|---|---|---|
| | | | | | | OPEN |
| | | | | | | CLOSED |
| | | | | | | OPEN |
| | | | | | | CLOSED |

REMARKS    NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY ·

Insured's business that operates during the evenings now goes by the trade name "Club U." The operation remains the same, with live music and dancing.

ATTACHMENTS

STATE SUPPLEMENT(S) (if applicable)

COPY OF THE NOTICE OF INFORMATION PRACTICES (PRIVACY) HAS BEEN GIVEN TO THE APPLICANT. (Not applicable in all states, consult your agent or broker for your state's requirements.)

NOTICE OF INSURANCE INFORMATION PRACTICES PERSONAL INFORMATION ABOUT YOU INCLUDING INFORMATION FROM A CREDIT REPORT MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST  CONTACT YOUR AGENT OR BROKER FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US.

ACORD 125 (2004/03)

# ACORD  CRIME SECTION

| | |
|---|---|
| **AGENCY** | **PHONE** (A/C, No. Ext): 202-331-9200 |

**DATE (MM/DD/YYYY)** 04/07/2005

OP ID, CB

Howard W. Phillips & Co., Inc.
2555 Pennsylvania Ave. NW
Washington DC 20037-1675
Cathi L. Bishop

**APPLICANT**
(First Named Insured)  Levelle, Inc. T/A Coach & IV

| **EFFECTIVE DATE** 04/07/05 | **EXPIRATION DATE** 04/07/06 | DIRECT BILL ☐  AGENCY BILL ☐ | **PAYMENT PLAN** | **AUDIT** |

CODE: _____  SUB CODE: _____

**AGENCY CUSTOMER ID:** LEVEL-1

**FOR COMPANY USE ONLY**

**BASIS FOR COVERAGE**
☐ DISCOVERY
☐ LOSS SUSTAINED

## PLAN 1

| FORM LTR | FORM TITLE | LIMIT | DEDUCTIBLE | FORM LTR | FORM TITLE | LIMIT | DEDUCTIBLE |
|---|---|---|---|---|---|---|---|
| **A** | EMPLOYEE DISHONESTY <br> ☐ BLANKET  ☐ SCHEDULE <br> ☐ ERISA <br> TOTAL ASSET VALUE $ | $ | | **E** | PREMISES BURGLARY <br> ☐ BLANKET  ☐ SCHEDULE | $ | |
| **B** | FORGERY OR ALTERATION | $ | | **F** | COMPUTER FRAUD | $ | |
| **C** | THEFT DISAPPEARANCE & DESTRUCTION <br> SEC 1 - INSIDE THE PREMISES <br> SEC 2 - OUTSIDE THE PREMISES <br> ☐ BLANKET  ☐ SCHEDULE | $ <br> $ | | **G** | EXTORTION <br> (his Loss Participation ____%) | $ <br> $ | |
| **D** | ROBBERY & SAFE BURGLARY <br> SEC 1 - INSIDE: ROBBERY OF CUSTODIANS <br> SAFE BURGLARY <br> SEC 2 - OUTSIDE THE PREMISES <br> ☐ BLANKET  ☐ SCHEDULE | $ <br> $ <br> $ | | **H** | PREMISES THEFT & ROBBERY OUTSIDE <br> SEC 1 - THEFT <br> SEC 2 - ROBBERY OUTSIDE <br> ☐ BLANKET  ☐ SCHEDULE | $ <br> $ | |
| | | | | **Q** | ROBBERY & SAFE BURGLARY MONEY & SECURITIES <br> SEC 1 - INSIDE THE PREMISES <br> SEC 2 - OUTSIDE THE PREMISES <br> ☐ BLANKET  ☐ SCHEDULE | $ 5,000 <br> $ 5,000 | 500 <br> 500 |

### COVERAGE AMENDMENTS (Endorsements)

### ERISA EMPLOYEE DISHONESTY - ADDITIONAL INFORMATION (Coverage Form A)

| NAME OF PLAN | PRINCIPAL ADDRESS | NUMBER OF TRUSTEES, EMPLOYEES, ETC HANDLING PLAN ASSETS | NUMBER OF PLAN PARTICIPANTS |
|---|---|---|---|
| | | | |

IS THERE A LICENSED SECURITIES FIRM RESPONSIBLE FOR INVESTING OF FUNDS UNDER PLAN(S)?    YES ☐    NO ☐

### CLASSIFICATION OF EMPLOYEES/LOCATIONS (Coverage Forms A & B)

LIST ALL OFFICERS AND EMPLOYEES (including those construed to be employee by endorsement), OTHER THAN AGENTS AND PARTNERS, WHO HANDLE OR HAVE CUSTODY OF MONEY, SECURITIES OR OTHER PROPERTY INCLUDING, IN ANY EVENT THE POSITIONS LISTED BELOW:

| NUMBER OF: | NUMBER OF: | NUMBER OF: | NUMBER OF: |
|---|---|---|---|
| ACCOUNTANTS AND ASSTS | COLLECTORS | LOCKER ROOM ATTENDANTS | STOCK CLERKS |
| ADJUSTERS | COMPUTER PROGRAMMERS | MAITRE D S AND ASSTS | STOREKEEPERS |
| ADMINISTRATORS AND ASSTS | COMPTROLLERS AND ASSTS | MANAGERS AND ASSTS | STOREROOM PERSONNEL |
| APPRAISERS AND CLERKS ACTING AS APPRAISERS | CREDIT CLERKS AND MANAGERS | MEDICAL DIRECTORS | SUPERINTENDENTS AND ASSTS |
| ATTORNEYS | CUSTODIANS | MESSENGERS OUTSIDE | SUPERVISORS AND ASSTS |
| AUDITORS AND ASSTS | DELIVERY PERSONS | PAYROLL DISTRIBUTORS | TAXI DRIVERS |
| BOOKKEEPERS | DEMONSTRATORS | PURCHASING AGENTS AND ASSTS | TEACHERS HAVING CUSTODY OF MONEY OR SECURITIES |
| BUS DRIVERS | DIETITIANS WHO ORDER FOOD | RECEIVING CLERKS | TIMEKEEPERS AND ASSTS |
| BUYERS AND ASSTS | DRIVERS AND DRIVERS HELPERS | REFINERY GAUGERS OF OIL COMPANIES HANDLING REFINED GASOLINE AND OILS | TRUCK DRIVERS |
| CANVASSERS (Door-to-door salespeople) | FOOD INSPECTORS | SALESPEOPLE | WAREHOUSE PERSONNEL |
| CASHIERS AND ASSTS | HEAD PHARMACISTS | SECURITY PERSONNEL | WINE CELLAR PERSONNEL |
| CHAIRPERSONS | INSTRUCTORS HAVING CUSTODY OF MONEY OR SECURITIES | SERVICE STATION ATTENDANTS | WINE STEWARDS/ESSES |
| CHEFS WHO ORDER FOOD | JANITORS | SHIPPING CLERKS | ALL OTHER OFFICERS AND EMPLOYEES NOT LISTED ABOVE |

| NUMBER OF OFFICERS: | TOTAL NUMBER OF OTHER EMPLOYEES: | MANUFACTURERS, PROCESSORS, WHOLESALERS OR DISTRIBUTORS; NUMBER OF RETAIL LOCATIONS: | ALL OTHER CLASSES; NUMBER OF LOCATIONS OTHER THAN HOME OR HEAD OFFICES: |
|---|---|---|---|

### CONTROLS (Coverage Form A)

| | | | | |
|---|---|---|---|---|
| **AUDIT** | 1. IS THERE AN AUDIT BY? ☐ CPA ☐ PUBLIC ACCOUNTANT <br> ☐ STAFF  ☐ OTHER: | **BANKING/OTHER** | 6 ARE BANK ACCOUNTS RECONCILED BY SOMEONE NOT AUTHORIZED TO DEPOSIT OR WITHDRAW? | YES ☐ NO ☐ |
| | 2. AUDIT FREQUENCY? ☐ ANNUAL ☐ SEMI-ANNUAL <br> ☐ QUARTERLY | | 6 IS COUNTERSIGNATURE OF CHECKS REQUIRED? IF NOT, WHO SIGNS CONTROLS? | |
| | 3. DOES AUDIT INCLUDE INVENTORY? ☐ YES ☐ NO | | 7 WILL SECURITIES BE SUBJECT TO JOINT CONTROL OF TWO OR MORE RESPONSIBLE EMPLOYEES? | |
| | 4. AUDIT REPORT IS RENDERED TO: ☐ OWNER ☐ PARTNERS <br> ☐ BOARD OF DIRECTORS ☐ OTHER: | | 8 ARE ALL OFFICERS AND EMPLOYEES REQUIRED TO TAKE ANNUAL VACATIONS OF AT LEAST FIVE CONSECUTIVE BUSINESS DAYS? | |

ACORD 141 (2003/07)    ATTACH TO APPLICANT INFORMATION SECTION    © ACORD CORPORATION 1980

## MONEY - SECURITIES (Coverages Forms C or Q - Blanket Coverage, By Locations)

ENTER THE EXPOSURES FOR EACH CATEGORY AMOUNTS ENTERED SHOULD BE MAXIMUM EXPOSURE.

LEVEL~1

| TYPE | MONEY | CHECKS FOR DEPOSIT | CHECKS FOR ACCOUNTS PAYABLE | PAYROLL CHECKS | MONEY OVERNIGHT | SECURITIES (IN BANK/SAFE DEPOSIT) |
|---|---|---|---|---|---|---|
| INSIDE | $ | $ | $ | $ | $ | $ |
| MESSENGER #1 | $ | $ | $ | $ | $ | $ |
| MESSENGER #2 | $ | $ | $ | $ | $ | |

## PROPERTY (Coverage Forms D, E, & H)

| DESCRIPTION OF PROPERTY, MERCHANDISE, STOCK, ETC | MAXIMUM VALUE |
|---|---|
| | |

## GENERAL INFORMATION (All Coverage Forms Except A & B)

| BUSINESS HOURS | AVG # EMPLOYEES ON DUTY | CHECKS STAMPED FOR DEPOSIT ONLY | FREQUENCY OF DEPOSITS | NIGHT DEPOSITORY USED | ANNUAL GROSS SALES OR RECEIPTS FOR LAST FISCAL YEAR | DOES PREMISES HAVE DOUBLE CYL- INDER DOOR LOCKS? YES    NO | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## SAFE/VAULT (Coverage Forms C, D & Q)

| MANUFACTURER | LABEL | CLASS | DOOR TYPE ROUND | SQUARE | COMBINATION LOCKS OUTER | INNER | CHEST | THICKNESS DOOR (EXCL BOLTWORK) | WALL |
|---|---|---|---|---|---|---|---|---|---|
| | U.L. | | | | | | | | |
| | SMNA | | | | | | | | |
| | U.L. | | | | | | | | |
| | SMNA | | | | | | | | |

## MESSENGER PROTECTION (Coverage Forms C, D & Q)

| MESS'GR # | # OF GUARDS PER MESSENGER | PRIVATE CONVEYANCE USED? | SAFETY SATCHEL USED? | MESS'GR # | # OF GUARDS PER MESSENGER | PRIVATE CONVEYANCE USED? | SAFETY SATCHEL USED? |
|---|---|---|---|---|---|---|---|
| | | ☐ YES ☐ NO | ☐ YES ☐ NO | | | ☐ YES ☐ NO | ☐ YES ☐ NO |

## PREMISES/SAFE PROTECTION (Coverage Forms C, D, E & H)

ALARM TYPE
- ☐ HOLD-UP
- ☐ PREMISES
- ☐ SAFE

ALARM DESCRIPTION
- ☐ LOCAL GONG
- ☐ CENTRAL STATION
- ☐ POLICE CONNECT
- ☐ WITH KEYS

| GRADE | EXTENT OF PROTECTION SAFE/VAULT | PREMISES | ALARM INSTALLED AND SERVICED BY |
|---|---|---|---|
| | ☐ PARTIAL | 1  2  3 | |
| | ☐ COMPLETE | | |

ACCESSIBLE OPENINGS & PROTECTION

# GUARDS   WATCHPERSONS
# WATCH PERSONS
- RPT/CENT ST
- CLOCK HRLY
- DON'T SIGNAL

OTHER PROTECTION (Fences, Floodlights, etc)

CERTIFICATE NUMBER

EXPIRATION DATE:

## AUDIT PROCEDURES - SAA COMMERCIAL CRIME POLICY

| | YES | NO |
|---|---|---|
| 1 AUDIT BY CPA, PUBLIC ACCOUNTANT OR EQUIVALENT INDEPENDENT OF YOUR ORGANIZATION? | | |

☐ QUARTERLY   ☐ SEMI-ANNUALLY   ☐ ANNUALLY   ☐ NONE

2 NAME AND ADDRESS OF PERSON OR FIRM PERFORMING AUDIT

3. ALL LOCATIONS AUDITED?

4 IS AUDIT MADE IN ACCORDANCE WITH GENERALLY ACCEPTED AUDITING STANDARDS AND SO CERTIFIED? IF NO, EXPLAIN SCOPE OF AUDIT.

| | YES | NO |
|---|---|---|
| 6 IS THE AUDIT REPORT RENDERED DIRECTLY TO THE PROPRIETOR, PARTNERS IF A PARTNERSHIP OR BOARD OF DIRECTORS IF A CORPORATION? | | |

6 DATE OF COMPLETION OF LAST AUDIT OF:
CASH & ACCOUNTS     INVENTORY

7 WERE ANY DISCREPANCIES OR LOOSE PRACTICES COMMENTED UPON IN THIS AUDIT? IF "YES", SUBMIT A COPY OF THE AUDIT AND AUDITOR S COMMENTS

8 IS THERE AN INTERNAL AUDIT BY AN INTERNAL AUDIT DEPARTMENT UNDER THE CONTROL OF AN EMPLOYEE WHO IS A PUBLIC ACCOUNTANT OR EQUIVALENT

IF  YES   ARE THE REPORTS RENDERED DIRECTLY TO THE PROPRIETOR, PARTNERS IF A PARTNERSHIP OR BOARD OF DIRECTORS IF A CORPORATION?

## INTERNAL CONTROLS OTHER THAN AUDIT PROCEDURES - SAA COMMERCIAL

EXPLAIN ALL "NO" RESPONSES IN REMARKS

| | YES | NO |
|---|---|---|
| 1 ARE BANK ACCOUNTS RECONCILED BY SOMEONE NOT AUTHORIZED TO DEPOSIT OR WITHDRAW? | | |
| 2. IS COUNTERSIGNATURE OF CHECKS REQUIRED? | | |

EXPLAIN ALL "NO" RESPONSES IN REMARKS

| | YES | NO |
|---|---|---|
| 3 ARE SECURITIES SUBJECT TO JOINT CONTROL OF TWO OR MORE RESPONSIBLE EMPLOYEES? | | |

## REMARKS

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO  COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY:SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied).

ACORD 141 (2003/07)                    USE ADDITIONAL FORMS IF MORE THAN ONE LOCATION

# ACORD® COMMERCIAL GENERAL LIABILITY SECTION

DATE (MM/DD/YYYY) 04/07/2005

OP ID CB

| AGENCY | PHONE (A/C, No, Ext): 202-331-9200 |
| | FAX (A/C, No): 202-331-8452 |

Howard W. Phillips & Co., Inc.
2555 Pennsylvania Ave. NW
Washington DC 20037-1675
Cathi L. Bishop

CODE:          SUB CODE:

AGENCY CUSTOMER ID: LEVSL-1

**APPLICANT**

First Named Insured: Levelle, Inc. T/A Coach & IV

| EFFECTIVE DATE | EXPIRATION DATE | DIRECT BILL | PAYMENT PLAN | AUDIT |
| 04/07/05 | 04/07/06 | AGENCY BILL | | |

FOR COMPANY USE ONLY

## COVERAGES

| | | LIMITS | | PREMIUMS |
|---|---|---|---|---|
| X | COMMERCIAL GENERAL LIABILITY | GENERAL AGGREGATE | $ 2,000,000 | PREMISES/OPERATIONS |
| | ☐ CLAIMS MADE  X OCCURRENCE | PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $ 1,000,000 | |
| | OWNER S & CONTRACTOR S PROTECTIVE | PERSONAL & ADVERTISING INJURY | $ 1,000,000 | |
| X | Assault & Battery | EACH OCCURRENCE | $ 1,000,000 | PRODUCTS |
| DEDUCTIBLES | | DAMAGE TO RENTED PREMISES (each occurrence) | $ 50,000 | |
| | PROPERTY DAMAGE $ | MEDICAL EXPENSE (Any one person) | $ 5,000 | OTHER |
| | BODILY INJURY $      X PER CLAIM | EMPLOYEE BENEFITS | $ | |
| X | PI/BD $ 6500   PER OCCURRENCE | | | TOTAL |

OTHER COVERAGES, RESTRICTIONS AND/OR ENDORSEMENTS (for hired/non-owned auto coverages attach the applicable state Business Auto Section, ACORD 137)

## SCHEDULE OF HAZARDS

| LOCATION | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | EXPOSURE | TERR | RATE PREM/OPS | RATE PRODUCTS | PREMIUM PREM/OPS | PREMIUM PRODUCTS |
|---|---|---|---|---|---|---|---|---|---|
| 001 001 | Restaurants with sales of alcoholic beverages that are less than 75%/ with dance floor | 16815 | S | 195,000 | | | | | |
| | | | | | | | | | |

RATING AND PREMIUM BASIS
(S) GROSS SALES - PER $1,000/SALES    (P) PAYROLL - PER $1,000/PAY    (A) AREA - PER 1,000/SQ FT    (C) TOTAL COST - PER $1,000/COST    (M) ADMISSIONS - PER 1,000/ADM    (U) UNIT - PER UNIT    (T) OTHER

## CLAIMS MADE (Explain all "Yes" responses)

| 1 PROPOSED RETROACTIVE DATE: | | |
|---|---|---|
| 2 ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COV: | | |
| 3 HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF-INSURED FROM ANY PREVIOUS COVERAGE? | YES | NO |
| 4 WAS TAIL COVERAGE PURCHASED UNDER ANY PREVIOUS POLICY? | | |
| REMARKS | | |

## EMPLOYEE BENEFITS LIABILITY

1. DEDUCTIBLE PER CLAIM: $
2. NUMBER OF EMPLOYEES:
3. NUMBER OF EMPLOYEES COVERED BY EMPLOYEE BENEFITS PLANS:
4. RETROACTIVE DATE:

REMARKS

ACORD 126 (2004/03)          PLEASE COMPLETE REVERSE SIDE          © ACORD CORPORATION 1993

## CONTRACTORS

LEVEL-1

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1 DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | | | 4 DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | | |
| 2 DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | | 5 ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | | |
| 3 DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING UNDERGROUND WORK OR EARTH MOVING? | | | 6 DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | |

| REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUB-CONTRACTORS: | % OF WORK SUBCONTRACTED: | # FULL-TIME STAFF: | # PART-TIME STAFF: |
|---|---|---|---|---|
| | | | | |

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| Food & Drink | 195000 | | | | Location 1 | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | | X | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | X |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | X | 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | | X |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | | X | 8. PRODUCTS UNDER LABEL OF OTHERS? | | X |
| 4 GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | | X | 9. VENDORS COVERAGE REQUIRED? | | X |
| 5 PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | X | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | X |
| PLEASE ATTACH LITERATURE BROCHURES, LABELS, WARNINGS, ETC | | | | | |

## ADDITIONAL INTEREST/CERTIFICATE RECIPIENT

ACORD 45 attached for additional names

| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | | |
|---|---|---|---|---|---|
| X | ADDITIONAL INSURED | District of Columbia C/O Gov't | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER | |
| | LOSS PAYEE | C/O Chief of Police | | LOCATION: POL | BUILDING: |
| | MORTGAGEE | Labor Relations | | VEHICLE: | BOAT: |
| | LIENHOLDER | 300 Indiana Avenue, NW | | SCHEDULED ITEM NUMBER: | |
| | EMPLOYEE AS LESSOR | Washington DC 20001 | | OTHER | |
| | | ITEM DESCRIPTION: | | | |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1 ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | X | 12 ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | X |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | X | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | X |
| 3 DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X | 14 HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | X |
| | | | 15 DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | X |
| 4 ANY OPERATIONS SOLD, ACQUIRED OR DISCONTINUED IN LAST 5 YEARS? | | X | 16 IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | X |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | X | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | X |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | X | 18 HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE YEARS? | | |
| 7 ANY PARKING FACILITIES OWNED/RENTED? | X | | | | |
| 8. IS A FEE CHARGED FOR PARKING? | | X | 19 IS THERE A FORMAL WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | | |
| 9. RECREATION FACILITIES PROVIDED? | | X | | | |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | X | 20 DOES THE BUSINESSES PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | X | | | |
| REMARKS | | | | | |

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY:SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR or VT; In CO, LA, ME, TN and VA, insurance benefits may also be denied).

ACORD 126 (2004/03)                ATTACH TO APPLICANT INFORMATION SECTION

# *ACORD.* PROPERTY SECTION

| | | | | LEVEL-1 | OP ID CB | DATE 04/07/05 |

| | |
|---|---|
| PRODUCER | PHONE (A/C No, Ext): 202-331-9200 / 202-331-8452 |
| Howard W. Phillips & Co., Inc.<br>2555 Pennsylvania Ave. NW<br>Washington DC 20037-1675<br>Cathi L. Bishop | |

| APPLICANT (First Named Insured) | Levelle, Inc. T/A Coach & IV |
|---|---|

| EFFECTIVE DATE | EXPIRATION DATE | DIRECT BILL | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 04/07/05 | 04/07/06 | AGENCY BILL | | |

| FOR COMPANY USE ONLY | |

| CODE: | SUB CODE: |
|---|---|
| AGENCY CUSTOMER ID: | LEVEL-1 |

## PREMISES INFORMATION

| PREMISES #:001 | BUILDING #:001 | STREET ADDRESS: 2000 14th Street, NW |
|---|---|---|

| SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DEDUCTIBLE | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|
| See attached supplemental page for Subject of Insurance information | | | | | | | |

### ADDITIONAL INFORMATION - BUSINESS INCOME/EXTRA EXPENSE

| | | BUSINESS INCOME W/O EXTRA EXPENSE | EXTRA EXPENSE |

| TYPE OF BUSINESS | ORDINARY PAYROLL | POWER/HEAT | EXT PERIOD | TUITION FEES | OFF PREM POWER | DEPEND PROP |
|---|---|---|---|---|---|---|
| NON MFG | EXCL INCL | $ ____ DIED ____ DAYS | $ ____ STUDENTS | POWER | % COIN |
| MFG | 90 DAYS | ELEC MEDIA | MO PERIOD | OTHER ED SERVING | WATER | CONT LOC |
| MINING | 180 DAYS | ____ DAYS | LIMIT | | COMM (DESCR BELOW) | REC LOC |
| % COINS | $ ____ | ORD OR LAW | MAX PERIOD | | | MFG LOC |
| | | | ____ DAYS | | | LDR LOC (DESC BELOW) |

NAME AND ADDRESS(ES) FOR OFF PREM POWER OR DEPEND PROP

| EXTRA EXPENSE | ____ DAYS PERIOD REST |
| LIMIT LOSS PAY | ____ % ____ % ____ % ____ % |

ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION

| CONSTRUCTION TYPE | DISTANCE TO HYDRANT FIRE STAT | FIRE DISTRICT/CODE NUMBER | PROT CL | # STORIES | # BASM'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|---|
| FIRE RESISTIV | FT mi | | 01 | 08 | 0 | 1989 | 50000 |

| BUILDING IMPROVEMENTS | | BLDG CODE GRADE | TAX CODE | ROOF TYPE | OTHER OCCUPANCIES offices with retail stores on ground flo |
|---|---|---|---|---|---|
| WIRING, YR: | PLUMBING YR: | | | | |
| ROOFING YR: | HEATING YR: | WIND CLASS | | | HEATING BOILER ON PREMISES? YES NO |
| OTHER | | RESISTIVE SEMI-RESISTIVE OTHER | | | IF YES, IS INSURANCE PLACED ELSEWHERE? YES NO |

| RIGHT EXPOSURE & DISTANCE | LEFT EXPOSURE & DISTANCE | REAR EXPOSURE & DISTANCE |
|---|---|---|
| Office building | office building | |

| BURGLAR ALARM TYPE | CERTIFICATE # | EXPIRATION DATE | EXTENT | GRADE | X | CENTRAL STATION |
|---|---|---|---|---|---|---|
| Central Station | | | | | | WITH KEYS |

| BURGLAR ALARM INSTALLED AND SERVICED BY | # GUARDS/WATCHMEN | CLOCK HOURLY |
|---|---|---|

| PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO₂/Chemical Systems) | % SPRNK | FIRE ALARM MANUFACTURER | CENTRAL STATION |
|---|---|---|---|
| | 100 | | LOCAL GONG |

## ADDITIONAL INTERESTS

| RANK: | NAME AND ADDRESS | | EVIDENCE | RANK: | NAME AND ADDRESS | | EVIDENCE |
|---|---|---|---|---|---|---|---|
| INTEREST | | | CERTIFICATE | INTEREST | | | CERTIFICATE |
| LOSS PAYEE | | | POLICY | LOSS PAYEE | | | POLICY |
| MORTGAGEE | | | | MORTGAGEE | | | |

## VALUE REPORTING INFORMATION

| REPORTING FORM: PROVIDE AVERAGE VALUES FOR PAST 12 MONTHS<br>SUBJECT OF INSURANCE | PREMISES/ BUILDING | ANY OTHER LOCATION DECLARED AT INCEPTION | ANY OTHER LOCATION ACQUIRED AFTER INCEPTION | PREMISES NOT OWNED OR ACQUIRED LIMIT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

ACORD 140 (1/98)    ATTACH TO APPLICANT INFORMATION SECTION    © ACORD CORPORATION 1985

PREMISES INFORMATION

| PREMISES #: | BUILDING #: | STREET ADDRESS: | | LEVEL--1 |
|---|---|---|---|---|

| SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DEDUCTIBLE | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**ADDITIONAL INFORMATION - BUSINESS INCOME/EXTRA EXPENSE**

| TYPE OF BUSINESS | ORDINARY PAYROLL | POWER/HEAT | EXT PERIOD | BUSINESS INCOME W/O EXTRA EXPENSE | EXTRA EXPENSE |
|---|---|---|---|---|---|
| NON MFG | EXCL    INCL | $ DED | DAYS | TUITION FEES | OFF PREM POWER | DEPEND PROP |
| MFG | 90 DAYS | ELEC MEDIA | MO PERIOD | $ STUDENTS | POWER | % COIN |
| MINING | 180 DAYS | $ DAYS | $ LIMIT | OTHER ED SERVING | WATER | CONT LOC |
| % COINS | $ | ORD OR LAW | MAX PERIOD | $ | COMM (DESCR BELOW) | REC LOC |
| | | DAYS | | | | MFG LOC |
| | | | | | | LDR LOC (DESC BELOW) |

NAME AND ADDRESS(ES) FOR OFF PREM POWER OR DEPEND PROP

EXTRA EXPENSE ___ DAYS PERIOD REST
LIMIT LOSS PAY ___%   ___%   ___%   ___%

ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION

| CONSTRUCTION TYPE | DISTANCE TO HYDRANT   FIRE STAT | FIRE DISTRICT/CODE NUMBER | PROT CL | # STORIES | # BASM'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|---|
| | FT   MI | | | | | | |

| BUILDING IMPROVEMENTS | BLDG CODE GRADE | TAX CODE | ROOF TYPE | OTHER OCCUPANCIES | | |
|---|---|---|---|---|---|---|
| WIRING YR:   PLUMBING YR: | | | | | | |
| ROOFING YR:   HEATING YR: | WIND CLASS | | | HEATING BOILER ON PREMISES? | YES | NO |
| OTHER: | RESISTIVE | SEMI-RESISTIVE | OTHER | IF YES, IS INSURANCE PLACED ELSEWHERE? | YES | NO |

| RIGHT EXPOSURE & DISTANCE | LEFT EXPOSURE & DISTANCE | REAR EXPOSURE & DISTANCE | | | |
|---|---|---|---|---|---|

| BURGLAR ALARM TYPE | CERTIFICATE # | EXPIRATION DATE | EXTENT | GRADE | CENTRAL STATION |
|---|---|---|---|---|---|
| | | | | | WITH KEYS |
| BURGLAR ALARM INSTALLED AND SERVICED BY | | # GUARDS/WATCHMEN | | | CLOCK HOURLY |

| PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO2/Chemical Systems) | % SPRNK | FIRE ALARM MANUFACTURER | CENTRAL STATION |
|---|---|---|---|
| | | | LOCAL GONG |

ADDITIONAL INTERESTS

| RANK: | NAME AND ADDRESS | EVIDENCE | RANK: | NAME AND ADDRESS | EVIDENCE |
|---|---|---|---|---|---|
| INTEREST   LOSS PAYEE   MORT-GAGEE | | CERTIF-ICATE   POLICY | INTEREST   LOSS PAYEE   MORT-GAGEE | | CERTIF-ICATE   POLICY |

VALUE REPORTING INFORMATION

| REPORTING FORM: PROVIDE AVERAGE VALUES FOR PAST 12 MONTHS SUBJECT OF INSURANCE | PREMISES/ BUILDING | ANY OTHER LOCA-TION DECLARED AT INCEPTION | ANY OTHER LOCA-TION ACQUIRED AFTER INCEPTION | PREMISES NOT OWNED OR ACQUIRED LIMIT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

REMARKS

```
Premise 001
Building is occupied by DC Government and DC Police.
```

ACORD 140 (1/98)

Levelle, Inc. T/A Coach & IV    LEVEL-1          OP ID CB    04/07/05

**PREMISE INFORMATION**    PREMISES #: 001    BUILDING #: 001    ISOTEL#:

| # | SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSE OF LOSS | INFL | DEDUCTIBLE | FORMS # | DATE | BLN |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | BUS PERS PROP | 214000 | 80 | RC | SPECIAL | | 1000 | EXC THEFT | | |
| 2. | BUS INCOME | 20000 | | | | | | 1/4 MO LIM | | |
| 3. | W/ EXT EXP | | | | | | | | | |
| 4. | SPOILAGE | 5000 | | | | | | | | |
| 5. | INC TERRORISM | | | | | | 500 | POWER OUTA | | |
| 6. | | | | | | | | | | |

**ADDITIONAL PREMISES INFORMATION**

| SOI | CAUSE | COINS % | RATE | RPT | AMOUNT | TYPE | BAS | SOI | CAUSE | COINS % | RATE | RPT | AMOUNT | TYPE | BAS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

**PREMISE INFORMATION**    PREMISES #:    BUILDING #:    ISOTEL#:

| # | SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSE OF LOSS | INFL | DEDUCTIBLE | FORMS # | DATE | BLN |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |

**ADDITIONAL PREMISES INFORMATION**

| SOI | CAUSE | COINS % | RATE | RPT | AMOUNT | TYPE | BAS | SOI | CAUSE | COINS % | RATE | RPT | AMOUNT | TYPE | BAS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

**PREMISE INFORMATION**    PREMISES #:    BUILDING #:    ISOTEL#:

| # | SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSE OF LOSS | INFL | DEDUCTIBLE | FORMS # | DATE | BLN |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |

**ADDITIONAL PREMISES INFORMATION**

| SOI | CAUSE | COINS % | RATE | RPT | AMOUNT | TYPE | BAS | SOI | CAUSE | COINS % | RATE | RPT | AMOUNT | TYPE | BAS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

**ATTACH TO ACORD PROPERTY SECTION**

# COMMON POLICY DECLARATIONS

**Renewal of**
CPS624508

## SCOTTSDALE INSURANCE COMPANY®

**Policy Number**
**CPS0685381**

Home Office:
One Nationwide Plaza • Columbus, Ohio 43215
Administrative Office:
8877 North Gainey Center Drive • Scottsdale, Arizona 85258
1-800-423-7675
A STOCK COMPANY

**ITEM 1. Named Insured and Mailing Address**

LEVELLE INC T/A
COACH & IV RESTAURANT
2000 14TH ST NW
WASHINGTON, DC 20009

NO FLAT CANCELLATIONS PERMITTED

**Agent Name and Address**

ALL RISKS, LTD.
10150 YORK RD. FIFTH FLOOR

HUNT VALLEY MD 21030                    Agent No.: __19001__   Program No.: __NONE__

**ITEM 2. Policy Period**    From: 04/07/2005    To: 04/07/2006    Term: 365 DAYS

12:01 A.M., Standard Time at your mailing address.

Business Description:  RESTAURANT

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Premium |
|---|---|
| Commercial General Liability Coverage Part | $ 3,284 |
| Commercial Property Coverage Part | $ 3,058 |
| Commercial Crime Coverage Part | $ 500 |
| Commercial Inland Marine Coverage Part | $ NOT COVERED |
| Commercial Auto (Business Auto or Truckers) Coverage Part | $ NOT COVERED |
| Commercial Garage Coverage Part | $ NOT COVERED |
| Professional Liability Coverage Part | $ NOT COVERED |
| | $ |
| | $ |
| **Total Policy Premium:** | $ 6,842.00 |
| | $ |
| | $ |
| | $ |
| | $ |

**Form(s) and Endorsement(s) made a part of this policy at time of issue:**

SEE SCHEDULE OF FORMS AND ENDORSEMENTS

*[signature]*

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

OPS-D-1 (12-00)                    INSURED                    opsd1g.fap

# SCOTTSDALE INSURANCE COMPANY®
## SCHEDULE OF FORMS AND ENDORSEMENTS

...cy No. ___CPS0685381___

Effective Date: ___04/07/2005___

12:01 A.M., Standard Time

Named Insured ___LEVELLE INC T/A___

Agent No. ___19001___

```
COMMON FORMS
UTS-COVPG  10-03        Cover Page
OPS-D-1    12-00        Common Policy Declarations
UTS-SP-2   12-95        Schedule Of Forms and Endorsements

UTS-309g   1-03         Terrorism Coverage
UTS-SP-3   8-96         Locations Schedule
IL 04 15   4-98         Protective Safeguards
IL 09 59   11-02        Ltd Excl Of Acts Of Terrorism

GENERAL LIABILITY FORMS

CLS-SP-1L  10-93        GL Ext Supplemental Dec
CG 00 01   10-01        General Liab Cov
CG 21 44   7-98         Designated Premises Limitation
UTS-128s   2-02         Optional Provisions Endt
CG 21 49   9-99         Total Pollution Excl
CG 21 71   12-02        Limited Terrorism Excl
GLS-106s   5-93         Total Liquor Liab Excl
UTS-246s   9-03         Amend Endts No Med Pay Excl

STATE FORMS

IL 02 78   4-98         DC-Changes-Cancel-Nonrenew

PROPERTY FORMS

CPS-SD-1   9-00         Property Supplemental Dec
CP 00 30   4-02         BI W-Extra Expense Coverage
CP 04 40   8-02         Spoilage Coverage
CP 00 10   4-02         Building & Personal Prop Cov
CP 00 90   7-88         Property Conditions
CP 10 30   4-02         Causes Of Loss-Special Form
CP 10 33   6-95         Theft Excl
CP 12 11   10-00        Burglary-Rob Protect Safeguard

CRIME FORMS

CCS-SD-1   5-02         Crime Supplement Dec
CR 00 21   7-02         Comm'l Crime Cov Form (Loss)
CR 10 00   4-97         Crime General Provisions
```

## ADDITIONAL FORMS

NOTX0178CW(6/03)          CLAIMS REPORTING

# SCOTTSDALE INSURANCE COMPANY®

Policy No. _CPS0685381_                 Effective Date _04/07/2005_

                                        12:01 A.M. Standard Time

Named Insured _LEVELLE INC T/A_          Agent No. _19001_

## TERRORISM COVERAGE

In consideration of a premium of $_____326_____, Terrorism Coverage is provided as outlined in the forms contained in this policy and included in the Schedule Of Forms and Endorsements.

UTS-309g (1-03)                         INSURED                         uts309g.fap



# SCOTTSDALE INSURANCE COMPANY®

## SCHEDULE OF LOCATIONS

Policy No. _____ CPS0685381 _____

Effective Date _____ 04/07/2005 _____

12:01 A.M. Standard Time

Named Insured _ LEVELLE INC T/A _____

Agent No. _____ 19001 _____

| Prem. No. | Bldg. No. | Designated Premises (Address, City, State, Zip Code) | Occupancy |
|-----------|-----------|------------------------------------------------------|-----------|
| 1 | 1 | 2000  14TH ST. N.W.  WASHINGTON, D.C. 20009 | RESTAURANT |
|   |   | CONSTRUCTION; FIRE RESISTANT  PC-1 SPECIAL FORM EXCLUDING  THEFT BUS.PERS. PROPERTY  RATE: 1.2 BUS.INCOME W/EXTRA EXPENSE INCL.RENTAL VALUE;  RATE 1.2 1/4 MONTHLY LIMITATION ACV        80% CO-INS. | |

POLICY NUMBER:  CPS0685381

INTERLINE
IL 04 15 04 98

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

### SCHEDULE*

| Prem.<br>No. | Bldg.<br>No. | Protective Safeguards<br>Symbols Applicable |
|---|---|---|
| 1 | 1 | P-9 |

**Describe any "P-9":**
AUTOMATIC EXTINGUISHING SYSTEM WITH SEMI-ANNUAL CLEANING CONTRACT

*–Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
    Farm Property - Other Farm
    Provisions Form - Additional Coverages,
    Conditions, Definitions
General Conditions in the Mobile Agricultural
    Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
    Form

PROTECTIVE SAFEGUARDS

1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

2. The protective safeguards to which this endorsement applies are identified by the following symbols:

"P-1"  **Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

a. Any automatic fire protective or extinguishing system, including connected:

(1) Sprinklers and discharge nozzles;

(2) Ducts, pipes, valves and fittings;

(3) Tanks, their component parts and supports; and

(4) Pumps and private fire protection mains.

b. When supplied from an automatic fire protective system:

(1) Non-automatic fire protective systems; and

(2) Hydrants, standpipes and outlets.

"P-2"  **Automatic Fire Alarm,** protecting the entire building, that is:

a. Connected to a central station; or

b. Reporting to a public or private fire alarm station.

"P-3"  Security Service, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

"P-4"  Service Contract with a privately owned fire department providing fire protection service to the described premises.

"P-9"  The protective system described in the Schedule.

Copyright, Insurance Services Office, Inc., 1997
INSURED

**B.** The following is added to the EXCLUSIONS section of:

CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
MORTGAGE HOLDERS ERRORS AND
  OMISSIONS COVERAGE FORM
STANDARD PROPERTY POLICY
CAUSES OF LOSS FORM - FARM
  PROPERTY
MOBILE AGRICULTURAL MACHINERY AND
  EQUIPMENT COVERAGE FORM
LIVESTOCK COVERAGE FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

1.  Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

2.  Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

Copyright, Insurance Services Office, Inc., 1997
IL 04 15 04 98

IL 09 59 11 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITED EXCLUSION OF ACTS OF TERRORISM (OTHER THAN CERTIFIED ACTS OF TERRORISM); CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL CRIME COVERAGE FORM
> COMMERCIAL CRIME POLICY
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> EMPLOYMENT THEFT AND FORGERY POLICY
> FARM COVERAGE PART
> GOVERNMENT CRIME COVERAGE FORM
> GOVERNMENT CRIME POLICY
> KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
> KIDNAP/RANSOM AND EXTORTION POLICY
> STANDARD PROPERTY POLICY

**A.** The following definitions are added with respect to the provisions of this endorsement.

1. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

   a. The act resulted in aggregate losses in excess of $5 million; and

   b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

2. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002. However, "other act of terrorism" does not include an act which meets the criteria set forth in Paragraph b. of the definitions of "certified act of terrorism", when such act resulted in aggregate losses of $5 million or less.

**B.** The following exclusion is added:

**Exclusion Of An "Other Act Of Terrorism"**

We will not pay for loss or damage caused directly or indirectly by an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to such act:

1. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

2. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

Copyright, ISO Properties, Inc., 2002
INSURED

3.  The total of insured damage to all types of property in the United States, its territories and, possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident.

With respect to this item B.3., the immediately preceding paragraph describes the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Part or Policy.

C.  Cap On Certified Terrorism Losses

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

D.  Application Of Other Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

          Copyright, ISO Properties, Inc., 2002          IL 09 59 11 02



## SCOTTSDALE INSURANCE COMPANY®

# COMMERCIAL GENERAL LIABILITY COVERAGE PART
# EXTENSION OF SUPPLEMENTAL DECLARATIONS

Policy No. ___CPS0685381___

Effective Date: ___04/07/2005___
12:01 A.M., Standard Time

Named Insured ___LEVELLE INC T/A___

Agent No. ___19001___

| Prem. No. 1 | Bldg. No. 1 | Class Code 16915 | Exposure 245,247 | Basis S) |
|---|---|---|---|---|

**Class Description:**
RESTAURANTS - WITH SALE OF ALCOHOLIC BEVERAGES THAT ARE 30% OR MORE BUT LESS THAN 75% OF THE TOTAL ANNUAL RECEIPTS OF THE RESTAURANTS - WITH DANCE FLOOR

| Premises/Operations | |
|---|---|
| Rate | Premium |
| 11.224 | 2,753 |

| Products/Comp Operations | |
|---|---|
| Rate | Premium |
| .835 | 205 |

| Prem. No. | Bldg. No. | Class Code | Exposure | Basis |
|---|---|---|---|---|

**Class Description:**

| Premises/Operations | |
|---|---|
| Rate | Premium |

| Products/Comp Operations | |
|---|---|
| Rate | Premium |

| Prem. No. | Bldg. No. | Class Code | Exposure | Basis |
|---|---|---|---|---|

**Class Description:**

| Premises/Operations | |
|---|---|
| Rate | Premium |

| Products/Comp Operations | |
|---|---|
| Rate | Premium |

| Prem. No. | Bldg. No. | Class Code | Exposure | Basis |
|---|---|---|---|---|

**Class Description:**

| Premises/Operations | |
|---|---|
| Rate | Premium |

| Products/Comp Operations | |
|---|---|
| Rate | Premium |

CLS-SP-1L (10-93)                    INSURED                    clsspl1b.fap

COMMERCIAL GENERAL LIABILITY
CG 00 01 10 01

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1.  **Insuring Agreement**

    a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

        (1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

        (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

    b.  This insurance applies to "bodily injury" and "property damage" only if:

        (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

        (2) The "bodily injury" or "property damage" occurs during the policy period; and

        (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

    c.  "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

    d.  "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

        (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

        (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

        (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

Copyright, ISO Properties, Inc., 2000
INSURED

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

Copyright, ISO Properties, Inc., 2000
CG 00 01 10 01

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

Copyright, ISO Properties, Inc., 2000

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. Aircraft, Auto Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. Mobile Equipment

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. Damage To Property

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Copyright, ISO Properties, Inc., 2000

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k.  Damage To Your Product

"Property damage" to "your product" arising out of it or any part of it.

l.  Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m.  Damage To Impaired Property Or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n.  Recall Of Products, Work Or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o.  Personal And Advertising Injury

"Bodily injury" arising out of "personal and advertising injury".

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

1.  Insuring Agreement

a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance ; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

Copyright, ISO Properties, Inc., 2000

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of websites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

 Copyright, ISO Properties, Inc., 2000

l.   Unauthorized Use Of Another's Name Or Product

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m.   Pollution

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n.   Pollution-Related

Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

1.   Insuring Agreement

a.   We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b.   We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2.   Exclusions

We will not pay expenses for "bodily injury":

a.   Any Insured

To any insured, except "volunteer workers".

b.   Hired Person

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c.   Injury On Normally Occupied Premises

To a person injured on that part of premises you own or rent that the person normally occupies.

d.   Workers Compensation And Similar Laws

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e.   Athletics Activities

To a person injured while taking part in athletics.

f.   Products-Completed Operations Hazard

Included within the "products-completed operations hazard".

g.   Coverage A Exclusions

Excluded under Coverage A.

h.   War

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1.   We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a.   All expenses we incur.

Copyright, ISO Properties, Inc., 2000

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I - Coverage A - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

**SECTION II - WHO IS AN INSURED**

1.  If you are designated in the Declarations as:

    a.  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    b.  A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    c.  A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    d.  An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

    e.  A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2.  Each of the following is also an insured:

    a.  Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

        (1)  "Bodily injury" or "personal and advertising injury":

            (a)  To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            (b)  To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

            (c)  For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

            (d)  Arising out of his or her providing or failing to provide professional health care services.

        (2)  "Property damage" to property:

            (a)  Owned, occupied or used by,

            (b)  Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

            you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    b.  Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    c.  Any person or organization having proper temporary custody of your property if you die, but only:

        (1)  With respect to liability arising out of the maintenance or use of that property; and

        (2)  Until your legal representative has been appointed.

    d.  Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3.  With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

    a.  "Bodily injury" to a co-"employee" of the person driving the equipment; or

    b.  "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

Copyright, ISO Properties, Inc., 2000

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

    a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a. Insureds;

    b. Claims made or "suits" brought; or

    c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

    a. Medical expenses under Coverage C;

    b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    a. Damages under Coverage A; and

    b. Medical expenses under Coverage C

    because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. Bankruptcy

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

    a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

        (1) How, when and where the "occurrence" or offense took place;

        (2) The names and addresses of any injured persons and witnesses; and

        (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

    (1) Immediately record the specifics of the claim or "suit" and the date received; and

    (2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

    (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

    (2) Authorize us to obtain records and other information;

    (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

    (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. **Excess Insurance**

This insurance is excess over:

    (1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

        (a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

        (b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

        (c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

        (d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I - Coverage A - Bodily Injury And Property Damage Liability.

    (2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

Copyright, ISO Properties, Inc., 2000

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.  Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.  Premium Audit**

**a.**  We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.**  Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.**  The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.  Representations**

By accepting this policy, you agree:

**a.**  The statements in the Declarations are accurate and complete;

**b.**  Those statements are based upon representations you made to us; and

**c.**  We have issued this policy in reliance upon your representations.

**7.  Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.**  As if each Named Insured were the only Named Insured; and

**b.**  Separately to each insured against whom claim is made or "suit" is brought.

**8.  Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9.  When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.**  "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.**  Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.**  Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.**  "Auto" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in a. above;

      (2) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

      provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

Copyright, ISO Properties, Inc., 2000

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

      However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

      (1) Equipment designed primarily for:

         (a) Snow removal;

         (b) Road maintenance, but not construction or resurfacing; or

         (c) Street cleaning;

      (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

      (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

Copyright, ISO Properties, Inc., 2000

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, re-conditioned or reclaimed.

16. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property dam-age" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

     (1) Products that are still in your physical pos-session; or

     (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

       (a) When all of the work called for in your contract has been completed.

       (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

       (c) When that part of the work done at a job site has been put to its intended use by any person or organization oth-er than another contractor or subcon-tractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include "bodily injury" or "property damage" arising out of:

     (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

     (2) The existence of tools, uninstalled equip-ment or abandoned or unused materials; or

     (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occur-rence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from com-puter software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this in-surance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such dam-ages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution pro-ceeding in which such damages are claimed and to which the insured submits with our con-sent.

19. "Temporary worker" means a person who is fur-nished to you to substitute for a permanent "em-ployee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of du-ties determined by you, and is not paid a fee, sal-ary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   a. Means:

     (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

       (a) You;

       (b) Others trading under your name; or

       (c) A person or organization whose busi-ness or assets you have acquired; and

     (2) Containers (other than vehicles), materials, parts or equipment furnished in connec-tion with such goods or products.

Copyright, ISO Properties, Inc., 2000

b. Includes

    (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your pro- duct"; and

    (2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

    (1) Work or operations performed by you or on your behalf; and

    (2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes

    (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

    (2) The providing of or failure to provide warnings or instructions.

POLICY NUMBER:  CPS0685381

COMMERCIAL GENERAL LIABILITY
CG 21 44 07 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

| Premises: |
|---|
| 2000 14TH  ST.NW    WASHINGTON, D.C. 20009 |

| Project: |
|---|
| RESTAURANT<br>R |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury", "property damage", "personal and advertising injury" and medical expenses arising out of:

1.  The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2.  The project shown in the Schedule.

CG 21 44 07 98

Copyright, Insurance Services Office, Inc., 1997
INSURED

 **SCOTTSDALE INSURANCE COMPANY®**

**ENDORSEMENT NO.** _____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| CPS0685381 | 04/07/2005 | LEVELLE INC T/A | 19001 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## OPTIONAL PROVISIONS ENDORSEMENT

The following special provisions (indicated by an "X") apply to this policy.

### SCHEDULE

☒ Bodily Injury, Property Damage, Personal Injury and Advertising Injury Liability Deductible Endorsement

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| Bodily Injury Liability | $ 500 | per claimant |
| Property Damage Liability | $ 500 | per claimant |
| Personal and Advertising Injury Liability | $ 500 | per claimant |

☒ Service of Suit Clause

Service of Process will be accepted by: _____

INSURANCE COMMISIONER DISTRICT OF COLUMBIA _____, and

Service of Process will be mailed to: MICHAEL L. HORSMAN

8877 N. GAINEY CENTER DR. SCOTTSDALE, AZ 85258

☒ Minimum and Advance Premium Endorsement

Minimum Premium _____ 100 _____ %.

☒ Minimum Earned Cancellation Premium

Minimum Earned Cancellation Premium _____ 25 _____ % of the advanced premium.

GLS-94s (12-99)

## BODILY INJURY, PROPERTY DAMAGE, PERSONAL INJURY AND ADVERTISING INJURY LIABILITY DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

**APPLICATION OF ENDORSEMENT**

Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury," "property damage," "personal and advertising injury," ("personal injury" and "advertising injury") however caused:

NO LIMITATIONS

1. Our obligation under the Bodily Injury Liability, Property Damage Liability, Personal and Advertising Injury Liability (Personal Injury and Advertising Injury) Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule of this endorsement as

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1998

UTS-128s (2-02)                INSURED                uts128-h.fap