INTERLINE
IL 00 21 04 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
(Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:
   A. Under any Liability Coverage, to "bodily injury" or "property damage":
      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or
      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.
   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.
   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:
      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;
      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or
      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.
2. As used in this endorsement:
   "Hazardous properties" includes radioactive, toxic or explosive properties.
   "Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

# KEY TO DECLARATIONS PREMIUM SCHEDULE

PREMIUM BASIS:

| Key Letter | Premium Base | How Rates Apply |
|---|---|---|
| a | Area | per 1,000 square feet |
| c | Total Cost | per $1,000 of total cost |
| g | Gross Receipts | per $1,000 of gross receipts |
| m | Admissions | per 1,000 admissions |
| p | Payroll | per $1,000 of payroll |
| r | Gross Liquor Receipts | per $100 of gross liquor receipts |
| s | Gross Sales | per $1,000 of gross sales |
| t | (See note *below) | (See note *below) |
| u | Units | per unit |

\* Premium base t is used for a number of rarely used premium bases. The specific base and how rates apply are shown with the Classification Description on the DECLARATION-PREMUIM SCHEDULE.

ABBREVIATIONS:

– Pr/Co — means Products/Completed Operations

– MP — means Minimum Premium

– N/C — means Not Covered

– O.T.N.F.P. — means Other Than Not For Profit

L-294 S (Rev. 10/97)

# UNITED STATES LIABILITY INSURANCE GROUP
# WAYNE, PENNSYLVANIA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDMENT OF CONDITIONS

This endorsement modifies insurance provided under the following:

**LIQUOR LIABILITY COVERAGE PART**

**SECTION IV - LIQUOR LIABILITY CONDITIONS** is amended as follows:

Paragraph 5. Premium Audit, subparagraph b. is deleted and replaced by the following:

b.   Premium shown for this Coverage Part as Advance Premium is minimum premium and deposit premium. At the close of each audit period we will compute as the Audit Premium the earned premium for that period. If the audit is greater than the Advance Premium shown for this coverage part, an additional premium shall be due and payable upon notice to the First Named Insured. If that Audit Premium for that period is less than the Advance Premium shown for this coverage part, then the Advance Premium will apply.

L-345  (12/93)

# UNITED STATES LIABILITY INSURANCE GROUP
# WAYNE, PENNSYLVANIA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CHANGES IN LIQUOR LIABILITY COVERAGE FORM

This endorsement modifies insurance provided under the following:

**LIQUOR LIABILITY COVERAGE PART**

A. The following paragraph 11 is added to **DEFINITIONS (SECTION V)**:

    11. Receipts, when used as a premium basis, means gross amount of money charged by the Named Insured or by others during the policy period for the sale of all alcoholic beverages, and of other beverages used in connection therewith, including taxes, except taxes which the Named Insured collects as a separate item, and remits directly to a governmental division, for which accurate records are maintained apart from other receipts.

L-346 (Rev. 4/96)

## UNITED STATES LIABILITY INSURANCE GROUP
## WAYNE, PENNSYLVANIA

### AMENDMENT OF COMMON POLICY CONDITIONS

This endorsement modifies insurance provided under the following:

### LIQUOR LIABILITY COVERAGE PART

The following paragraph 7 is added to CANCELLATION (SECTION A) OF COMMON POLICY CONDITIONS:

7. In the event of cancellation by the Named Insured, the minimum earned premium shall not be less than twenty five percent (25%) of the Advance Premium for this policy subject to an absolute minimum of $150. Cancellation for non-payment of premium after the effective date of this policy shall be deemed a request for cancellation by the Named Insured.

L-348 (Rev. 4/96) Gen.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ABSOLUTE POLLUTION EXCLUSION - LIABILITY

The following supercedes the terms and conditions of this policy. This insurance does not apply:

1. to "bodily injury", "property damage", or "personal and advertising injury";
2. to damages for devaluation of property or for the taking, use or acquisition or interference with the rights of others in property or air space;
3. to any loss, cost or expense, including but not limited to fines and penalties, arising out of any governmental direction or request, or any private party or citizen action, that an insured test for, monitor, clean up, remove, contain, treat, detoxify or neutralize "pollutants", or
4. to any litigation or administrative procedure in which an insured may be involved as a party;

arising directly, indirectly, or in concurrence or in any sequence out of actual, alleged or threatened existence, discharge, dispersal, release or escape of "pollutants", whether or not such actual, alleged or threatened existence, discharge, dispersal, release or escape is sudden, accidental or gradual in nature.

In addition, this insurance does not apply to any "bodily injury", "property damage", "personal and advertising injury", loss, cost or expense arising out of or related to any form of "pollutant", whether or not such actual, alleged or threatened existence, discharge, dispersal, release or escape is intentionally caused, or whether or not such injury, damage, devaluation, cost or expense is expected or intended from the standpoint of the insured.

This exclusion applies even if such "pollutant" has a function in, or is used by you in your business, operations, premises, site or location.

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including but not limited to smoke, vapor, soot, fumes, acids, alkalis, chemicals, toxic materials, "volatile organic compound" and gases therefrom, radon, combustion byproducts and "waste."

"Volatile organic compound" means any compound which discharges organic gases as it decomposes or evaporates, examples of which include but are not limited to formaldehyde, pesticides, adhesives, construction materials made with organic chemicals, solvents, paint varnish and cleaning products.

"Waste" means any property intended to be disposed, recycled, reused or reclaimed by the owner or user thereof.

All other terms and conditions remain unchanged.

UNITED STATES LIABILITY INSURANCE GROUP
WAYNE, PENNSYLVANIA

This Endorsement modifies insurance provided under the following:

LIQUOR LIABILITY COVERAGE PART

EXCLUSION – NEW ENTITIES

Paragraph 3. of WHO IS AN INSURED (Section II) does not apply.

All other terms and conditions of this Policy remain unchanged. This endorsement is a part of your Policy and takes effect on the effective date of your Policy unless another effective date is shown.

L-590 (1/04)                                                                                     Page 1 of 1

## AMENDATORY ENDORSEMENT
## PUNITIVE OR EXEMPLARY DAMAGES EXCLUSION

Regardless of any other provision of this policy, this policy does not apply to punitive or exemplary damages.

If a suit is brought against the insured or persons insured hereunder and falls within the coverage provided by this policy, seeking both compensatory damages (damages for economic loss and pain and suffering) and punitive or exemplary damages (damages as a means of punishment), no coverage shall be provided by this policy for any costs, interest, costs of defense or damages attributable to punitive or exemplary damages.

All other terms and conditions remain unchanged.

## NOTICE TO POLICYHOLDERS
## IMPORTANT - PLEASE READ

In addition to other exclusions, this insurance policy contains a specific exclusion for punitive or exemplary damages (see above). These damages are awarded as a means of punishment and to deter future anti-social behavior. We have introduced this exclusion because coverage for punitive or exemplary damages resulting from such anti-social behavior would defeat the purpose of punishment and the resulting deterrent effect.

L-224 (Revised 3/78)

CL.2232437D

09:09 MAR 17, 2005          TEL NO: 6875128          #1657974   PAGE: 3/3

# United States Liability Insurance Group
## Liquor Liability

Contact Name: **Warren Williams**   Contact Number: **202-328-8859**
Expiring Policy Number: **CL2232437C**   Expiration Date: **4/7/2005**
Insured Name (including DBA): **LeVelle, Inc. DBA: Coach & IV Restaurant**
Location of Insured Establishment: **2000 14th St N.W. Washington, DC 20009**

a.) Gross Annual Receipts

| | Current Policy | Next 12 Months |
|---|---|---|
| FOOD | $ 30,779 | $ 100,000 |
| ALCOHOL | $ 114,158 | $ 95,000 |
| OTHER (Describe): | $ | $ |

b.) If applicant has receipts from more than one operation, provide breakdown:

| | Bar/Lounge | Restaurant | Banquet | Retail Sales | Other |
|---|---|---|---|---|---|
| FOOD | $ | $ | $ | $ | $ |
| ALCOHOL | $ | $ | $ | $ | $ |
| OTHER (Describe) | $ | $ | $ | $ | $ |

Any changes to the nature of your business in the last 12 months?   ☐ Yes *   ☒ No
What is the average age of patrons?   ☐ Under 21   ☐ 21-25   ☒ 26-30   ☐ 31+
Are employees permitted to consume alcohol during hours of employment?   ☐ Yes *   ☒ No
Does insured offer:
  a.) Beer for less than $1.00   ☐ Yes *   ☒ No
  b.) Liquor or wine for less than $1.50   ☐ Yes *   ☒ No
  c.) Multiple drink incentives (i.e.: 2 for 1's, every 3rd drink is free, etc.)   ☐ Yes *   ☒ No
  d.) Drink Servings larger than 24 ounces   ☐ Yes *   ☒ No
  e.) Drink specials before 4 p.m. or after 9 p.m.   ☐ Yes *   ☒ No
  f.) Complimentary drinks   ☐ Yes *   ☒ No
  g.) "All you can drink" specials or other unlimited consumption offers   ☐ Yes *   ☒ No
Does insured permit BYOB (bring your own bottle)?   ☒ Yes *   ☐ No
- If alcohol sales equal or exceed food receipts, are persons under the legal drinking age allowed on premises after 10 p.m.?   ☐ Yes *   ☒ No
- Are Bouncers or Doorpersons used?   ☒ Yes *   ☐ No
- Does the establishment feature any Entertainment? (If yes, describe type and frequency below)   ☒ Yes *   ☐ No
- Hours of operation: Mon-Thurs 5-12   Fri ___   Sat 10-3A   Sun ___
- (Utah only) Does this establishment possess a "D" Liquor License?   ☐ Yes   ☒ No
- Violations: Within the past 5 years, has the applicant been fined or cited for violations of law or ordinance related to illegal activites or the sale of alcohol?   ☐ Yes *   ☒ No
- Claims: a.) Within the past 5 years, has the applicant had any reported liquor liability claims or notification of potential liquor liability claims?   ☐ Yes *   ☐ No
  b.) Within the past 5 years, has the applicant had any reported assault & battery claims or notification of potential claims related to assault & battery?   ☐ Yes *   ☐ No

IF "YES" IS ANSWERED TO ANY OF THE ABOVE QUESTIONS, PLEASE PROVIDE A COMPLETE EXPLANATION:

**FRAUD STATEMENT:** Any person who knowingly and with the intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty.

**WARRANTIES:** I/we warrant that the information contained herein is true and that it shall be the basis of the policy of insurance and deemed incorporated therein, should the company evidence its acceptance of this application by issuance of a policy. I/we agree that such policy shall be null and void if such information is false or misleading in any way as this would materially affect acceptance of a risk by the company. I/we hereby authorize release of claim information from any insurers or their general agent. I/we warrant that premises liability coverage will be maintained at limits at least equal to the liquor liability limits during the entire term of the liquor policy. I/we agree to submit records for audit by the company upon termination or expiration of this policy for the determination of actual gross receipts during the period of coverage, if requested.

Signature of Applicant* **Warren Williams** (Must be Owner, Officer or Partner)   Title **Proprietor** (Required)   Date **3/31/05** (Required)

SIGNING THIS APPLICATION DOES NOT REQUIRE THE INSURER TO ISSUE A POLICY OF INSURANCE OR REQUIRE THE APPLICANT TO ACCEPT THIS INSURANCE OFFERED

The State of New York requires that we have the name and address of your (insured's) authorized agent or broker.
Name of Authorized Agent or Broker: _____
Address: _____
Mail completed application through local agent or broker to:

A-R(1/05)

# Commercial

# Liability

# Policy

**United States Liability Insurance Group**

*A Berkshire Hathaway Company*

190 South Warner Road
Wayne, PA 19087-2191
1-800-523-5545 • www.usli.com

This policy jacket together with the declarations page, coverage form and endorsements, if any, complete this policy.

The enclosed declarations designates the issuing company.

CLJ (3/96)

# Common Policy Conditions

Read your policy carefully!

## This policy consists of:

Declarations

❦

Nuclear Energy Liability Exclusion (Broad Form)

❦

Coverage Forms/Parts (As applicable)

❦

Endorsements (As applicable)

❦

Common Policy Conditions

# Common Policy Conditions

This policy is subject to the following conditions.

A. CANCELLATION
 1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
 2. We may cancel this policy by mailing or delivering to the first named Insured written notice of cancellation at least:
    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
    b. 30 days before the effective date of cancellation if we cancel for any other reason.
 3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
 4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
 5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
 6. If notice is mailed, proof of mailing will be sufficient proof of notice.

B. CHANGES
 This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

C. EXAMINATION OF YOUR BOOKS AND RECORDS
 We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

D. INSPECTIONS AND SURVEYS
 We have the right but are not obligated to:
 1. Make inspections and surveys at any time;
 2. Give you reports on the conditions we find; and
 3. Recommend changes.

 Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
 1. Are safe or healthful; or
 2. Comply with laws, regulations, codes or standards.

 This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

E. PREMIUMS
 The first Named Insured shown in the Declarations:
 1. Is responsible for the payment of all premiums; and
 2. Will be the payee for any return premiums we pay.

F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY
 Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

 If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

In Witness Whereof, the company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the company.

*[signature]* Treasurer    *[signature]* President