UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVELLE, INC., d/b/a COACH & IV, RESTAURANT, d/b/a CLUB U,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>SCOTTSDALE INSURANCE COMPANY,  )<br><br>Defendant.  ) | Civil Action No. 06-1203 (RCL) |

## ORDER

Upon consideration of defendants' Motion [17] for Summary Judgment, the opposition and reply thereto, the record herein, the applicable law, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that the motion [17] be GRANTED. Summary judgment is hereby entered for defendant. This case shall stand dismissed with prejudice.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, March 27, 2008.